FILED

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT 2003 OCT 24  A 10: 46

US DIST...

| | | |
|---|---|---|
| MAUREEN ALLEN, ET AL., | : | CIVIL NO. 3:02CV1370 (AHN) |
| *Plaintiffs,* | : | |
| | : | |
| vs. | : | |
| | : | |
| JOHN J. ARMSTRONG, ET AL. | : | |
| *Defendants.* | : | OCTOBER 23, 2003 |

### MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF

Pursuant to Rule 6(b), Fed.R. Civ. P., the defendants in the above-entitled matter hereby move for an enlargement of fourteen days, up to and including November 7, 2003, within which to file a reply brief in response to Plaintiff's Memorandum of Law In Opposition to Defendants' Motion to Dismiss, dated October 9, 2003. Although reply briefs are not required, the defendants respectfully request the opportunity to file one in order to address the legal authority and evidence relied upon in plaintiff's Opposition.

Due to the complexity of the argument, the press of other matters, and a co-counsel being on medical leave, the undersigned counsel respectfully requests additional time to prepare a responsive pleading.

This is the defendants' first motion for enlargement of time to file a reply brief. A spokesperson for Antonio Ponvert, counsel for the plaintiff, stated that Attorney Ponvert has no objection with respect to this request. A message was left with Attorney David Rosen requesting his objection or lack thereof to this motion. He had not returned a call as of the filing of this motion.

DEFENDANTS,

JOHN J. ARMSTRONG, ET AL.

BY: _____

Jane B. Emons
Assistant Attorney General
55 Elm Street - P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Federal Bar No. Ct. 16515
Email: jane.emons@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Enlargement of Time to File

Reply Brief, was mailed this 23rd day of October, 2003, first class postage prepaid, to:

Antonio Ponvert III
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

David M. Rosen, Esq.
Rosen & Dolan, P.C.
400 Orange Street
New Haven, CT 06511

_____

Jane B. Emons
Assistant Attorney General

2