#101

FILED

2003 OCT 24 A 10: 46

US DIST...

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MAUREEN ALLEN, ET AL., *Plaintiffs*, | CIVIL NO. 3:02CV1370 (AHN) |
| vs. | |
| JOHN J. ARMSTRONG, ET AL. *Defendants*. | OCTOBER 23, 2003 |

**MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF**

Pursuant to Rule 6(b), Fed.R. Civ. P., the defendants in the above-entitled matter hereby move for an enlargement of fourteen days, up to and including November 7, 2003, within which to file a reply brief in response to Plaintiff's Memorandum of Law In Opposition to Defendants' Motion to Dismiss, dated October 9, 2003. Although reply briefs are not required, the defendants respectfully request the opportunity to file one in order to address the legal authority and evidence relied upon in plaintiff's Opposition.

Due to the complexity of the argument, the press of other matters, and a co-counsel being on medical leave, the undersigned counsel respectfully requests additional time to prepare a responsive pleading.

This is the defendants' first motion for enlargement of time to file a reply brief. A spokesperson for Antonio Ponvert, counsel for the plaintiff, stated that Attorney Ponvert has no objection with respect to this request. A message was left with Attorney David Rosen requesting his objection or lack thereof to this motion. He had not returned a call as of the filing of this motion.

Motion GRANTED. It is SO ORDERED. 11/4/03
HOLLY B. FITZSIMMONS, U.S.M.J.

FILED 2003 NOV -6 A 2: ...
US DISTRICT COURT
BRIDGEPORT C...