FILED
2003 NOV 17 P 12: 11
US DIST
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MAUREEN ALLEN, ET AL, *Plaintiffs* : | CIVIL ACTION NO. 3:02CV1370(AHN) |
| v. : | |
| JOHN J. ARMSTRONG, ETAL, *Defendants* : | NOVEMBER 13, 2003 |

### DEFENDANT VICKI ARPIN'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 9(b), the undersigned counsel for defendant, Vicki Arpin, respectfully moves this court for an enlargement of one month, until and including December 18, 2003, to file a motion to dismiss or other responsive pleading to the plaintiffs' complaint. The defendant requests the additional time in order to continue the investigation of the plaintiffs' claims, research the legal issues raised by the complaint and to draft the responsive pleading. The brief is substantially underway, but due to an unusual press of business and because the undersigned counsel only recently filed an appearance for Ms. Arpin in her individual capacity, the brief is not yet completed or ready for filing.

**NO TESTIMONY REQUIRED**
**NO ARGUMENT REQUESTED**

The undersigned has consulted plaintiffs' counsel, Antonio Ponvert III, on this date and he has no objection to the requested enlargement.

This motion is the defendant's first request for an extension of time to file a pleading in this case.

Accordingly, the defendant respectfully asks the Court to grant this motion.

DEFENDANT

BY: RICHARD BLUMENTHAL
ATTORNEY GENERAL

*/s/ Linsley Barbato*

Linsley J. Barbato
Assistant Attorney General
Federal Bar No. ct 03751
55 Elm Street
P. O. Box 120
Hartford, CT 06141-0120
Telephone: (860) 808-5160
Facsimile: (860) 808-5384
E-mail: linsley.barbato@po.state.ct.us

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 13th day of November 2003, first class postage pre-paid to:

Antonio Ponvert, III
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604 and

David N. Rosen
Rosen & Dolan, P.C.
400 Orange Street
New Haven, CT 06511;

and hand-delivered to:

Margaret Chapple &
Jane B. Emons
Assistant Attorneys General
Attorney General's Office
55 Elm Street – P.O. Box 120
Hartford, CT 06141-0120 and

Terrance M. O'Neill
Assistant Attorney General
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

_____
Linsley J. Barbato
Assistant Attorney General

3

The undersigned has consulted plaintiffs' counsel, Antonio Ponvert III, on this date and he has no objection to the requested enlargement.

This motion is the defendant's first request for an extension of time to file a pleading in this case.

Accordingly, the defendant respectfully asks the Court to grant this motion.

                    DEFENDANT
                    VICKI ARPIN

                    BY: RICHARD BLUMENTHAL
                         ATTORNEY GENERAL

_____
Linsley J. Barbato
Assistant Attorney General
Federal Bar No. ct 03751
55 Elm Street
P. O. Box 120
Hartford, CT 06141-0120
Telephone: (860) 808-5160
Facsimile: (860) 808-5384
E-mail: linsley.barbato@po.state.ct.us

2