UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC -1  P 12: 18

| | | |
|---|---|---|
| MAUREEN ALLEN, ET. AL. | : | CIVIL NO. 3:02CV1370 (AHN) (HBF) |
| V. | : | |
| JOHN J. ARMSTRONG, ET AL. | : | NOVEMBER 24, 2003 |

## APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter our appearance as counsel for the following defendants, Thomas Coates, Steven Frey, Edward Maldonado, Steven McNair, John Doe One, Kenneth Aubertin, Mark Coleman, James Huckabey, and Remis Vaituzis, in the above-captioned case, in the their individual and official capacities

Dated at Hartford, Connecticut, this 26th day of November, 2003.

DEFENDANTS
Thomas Coates, Steven Frey, Edward
Maldonado, Steven McNair, John Doe One,
Kenneth Aubertin, Mark Coleman, James
Huckabey, and Remis Vaituzis

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Terrence M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
E-Mail: terrence.oneill@po.state.ct.us
Federal Bar #ct10835

_Margaret Q. Chapple_
Margaret Q. Chapple
Assistant Attorney General
55 Elm Street
Hartford, CT 06106
Tel: (860) 808-5340
E-Mail: margaret.chapple@po.state.ct.us
Federal Bar #ct05550


_Jane B. Emons_
Jane Emons
Assistant Attorney General
55 Elm Street
Hartford, CT 06106
Tel: (860) 808-5340
E-Mail: jane.emons@po.state.ct.us
Federal Bar #ct16515


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 28th day of November, 2003:

Antonio Ponvert, III, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

David N. Rosen, Esq.
Rosen & Dolan, P.C.
400 Orange Street
New Haven, CT 06511

_Jane B. Emons_
Jane B. Emons
Assistant Attorney General

2