#103

FILED
2003 NOV 17 P 12:11
US DISTRICT COURT
BRIDGEPORT CT

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAUREEN ALLEN, ET AL, *Plaintiffs* | : | CIVIL ACTION NO. 3:02CV1370(AHN) JF |
| v. | : | |
| JOHN J. ARMSTRONG, ETAL, *Defendants* | : | NOVEMBER 13, 2003 |

## DEFENDANT VICKI ARPIN'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 9(b), the undersigned counsel for defendant, Vicki Arpin, respectfully moves this court for an enlargement of one month, until and including December 18, 2003, to file a motion to dismiss or other responsive pleading to the plaintiffs' complaint. The defendant requests the additional time in order to continue the investigation of the plaintiffs' claims, research the legal issues raised by the complaint and to draft the responsive pleading. The brief is substantially underway, but due to an unusual press of business and because the undersigned counsel only recently filed an appearance for Ms. Arpin in her individual capacity, the brief is not yet completed or ready for filing.

**NO TESTIMONY REQUIRED**
**NO ARGUMENT REQUESTED**

Motion GRANTED. It is SO ORDERED.
HOLLY B. FITZSIMMONS, USMJ
DATE 1/20/2003