AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | FILED |
| NAME OF SERVER (PRINT) Charles J. Fisher | TITLE State Marshal |
| | 2003 NOV 25 A 10: 01 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: US DISTRICT COURT BRIDGEPORT CT

☑ Left copies thereof at the defendant's dwelling house or usual place of abode ~~with a person of suitable age and discretion then residing therein.~~
Name of person with whom the summons and complaint were left: _____

~~☐ Returned unexecuted:~~ 301 Spring St Naugatuck, CONN
Left 2 copies of a Civil Summons

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL $33.80 | SERVICES Copies 162.00 + 2.00 + 30.- | TOTAL $225.80 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8.7.03
                Date
                        Signature of Server

176 New London Tpk
Address of Server
Glastonbury, CONN
06033

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.