AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE *FILED* |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 2003 NOV 25 A 10:01 |
| NAME OF SERVER (PRINT) Charles J. Fisher | TITLE *STATE MARSHAL* |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Osborn Corr Institution Somers Conn

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Two Copies of A Civil Summons

## STATEMENT OF SERVICE FEES

| TRAVEL 14.60 | SERVICES Copies 162 - + 2.00 + 30.00 | TOTAL 208.60 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7 31 03
_____
Date

Signature of Server  _____

1760 New London Tpk
_____
Address of Server

Glastonbury Conn
06033

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.