FILED

2003 DEC -5 P 2: 18

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAUREEN ALLEN, ET AL, *Plaintiffs* | : | CIVIL ACTION NO. 3:02CV1370(AHN) |
| v. | : | |
| JOHN J. ARMSTRONG, ETAL, *Defendants* | : | DECEMBER 2, 2003 |

## DEFENDANT ARPIN'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), the defendant, Vicki Arpin, hereby moves this court to dismiss all counts of the plaintiffs' complaint against her in her official capacity for lack of jurisdiction over the subject matter, for failure to state a claim for which relief can be granted and because the claims are barred by the Eleventh Amendment and qualified immunity. In support of this motion Defendant Arpin joins in the motion to dismiss, supporting memorandum of law and reply brief filed on September 30, 2003, and November 17, 2003, by co-defendants John J. Armstrong, Peter Matos, Jack Tokarz, Dennis C. Coyle, Donald Kruk, Carl Jordan, Mike Blevins, Joseph Civitello, Tracy Butler, Larry Myers, Brian K. Murphy, Hector L. Rodriguez, George K. Wezner, Michael J. Donahue, Remi Acosta, Mark W. Strange, David N. Strange, Dennis Jones, Robert J. Gillis, John Tarascio, David Marcial, Giovanny Gomez, Nelvin A. Levester, Curtis A. Boyle, Peter J. Murphy, Anthony Lorenzano, Raymond Agrinzone, James Murdoch, Richard C. Flodquist, Terence Rose, Michael Lajoie, Charles Lee, Arthur Deslauriers, Wayne Valade, Mark Alderucci, Chris Corey, Duane Kelley, Keith Lane, Sebastian Mangiafico, James E. Dzurenda,

Stephen McNair, Michael Noon, Michael Packard, Mark Coleman, Thomas Coates, Kenneth Aubertin, Steven Frey, Edward Maldonado, Joe Doe, Christopher A. Dion, John Doe, James Huckabey, Dept. of Corrections and Vaituzis Remis.

                DEFENDANT
                VICKI ARPIN

        BY: RICHARD BLUMENTHAL
            ATTORNEY GENERAL

            Jane B. Emmons
            Assistant Attorney General
            Federal Bar No. ct 16515
            55 Elm Street
            P. O. Box 120
            Hartford, CT 06141-0120
            Telephone: (860) 808-5340
            Facsimile: (860) 808-5383
            E-mail: Jane.Emmons@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 2nd day of December 2003, first class postage prepaid to:

Antonio Ponvert, III
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604 and

David N. Rosen
Rosen & Dolan, P.C.
400 Orange Street
New Haven, CT 06511;

and hand-delivered to:

Margaret Chapple
Assistant Attorney General
Attorney General's Office
55 Elm Street – P.O. Box 120
Hartford, CT 06141-0120

Linsley J. Barbato
Assistant Attorney General
Attorney General's Office
55 Elm Street – P.O. Box 120
Hartford, CT 06141-0120 and

Terrance M. O'Neill
Assistant Attorney General
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

Jane B. Emons
Assistant Attorney General

3