FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT 2003 DEC -9 P 12: 30

US D[...]

| | | |
|---|---|---|
| MAUREEN ALLEN, ET AL., | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:02CV1370(AHN/HBF) |
| | : | |
| v. | : | |
| | : | DECEMBER 8, 2003 |
| JOHN J. ARMSTRONG, ET AL., | : | |
| Defendants. | : | |

### PLAINTIFFS' OBJECTION TO DEFENDANT ARPIN'S MOTION TO DISMISS

For the reasons set forth in Plaintiffs' Opposition to Defendants' Motion to Dismiss dated October 9, 2003, defendant Arpin's motion to dismiss should be denied in its entirety, and all of the claims asserted against her in the Third Amended Complaint should be allowed to proceed to discovery and to a decision on the merits.

Respectfully Submitted,

By: _____
Antonio Ponvert III (Ct 17516)
Koskoff, Koskoff & Bieder P.C.
350 Fairfield Ave.
Bridgeport, CT 06604
Tel: 203-336-4421/Fax: 203-368-3244
Email: aponvert@koskoff.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 8th day of December 2003, to all counsel of record:

Terrence M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Linsley Barbato
Office of the Attorney General
55 Elm Street
Hartford, Connecticut 06141

Peggy Chapple
Jane Emons
Assistant Attorney General
55 Elm Street
Hartford, Connecticut 06141

David Rosen
Rosen & Dolan
400 Orange Street
New Haven, CT 06511

_____
Antonio Ponvert III