FILED

2003 DEC 22  P 12: 42

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAUREEN ALLEN, ET AL,<br>    *Plaintiffs* | : | CIVIL ACTION NO. 3:02CV1370(AHN) |
| | : | |
| v. | : | |
| | : | |
| JOHN J. ARMSTRONG, ETAL,<br>    *Defendants* | : | DECEMBER 18, 2003 |

## DEFENDANT ARPIN'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), the defendant, Vicki Arpin, hereby moves this court to dismiss all counts of the plaintiffs' complaint against her in her individual capacity for failure to state a claim for which relief can be granted, lack of jurisdiction over the subject matter and because the claims are barred by qualified and sovereign immunity.

In support of this motion Defendant Arpin relies on the accompanying memorandum of law and, to the extent they apply to her individual capacity claims, the arguments made in the memorandum of law and reply brief filed in support of the co-defendants' motion to dismiss on September 30, 2003, and November 17, 2003.

DEFENDANT
VICKI ARPIN


BY: RICHARD BLUMENTHAL
ATTORNEY GENERAL



Linsley J. Barbato
Assistant Attorney General
Federal Bar No. ct 03751
55 Elm Street
P. O. Box 120
Hartford, CT 06141-0120
Telephone: (860) 808-5160
Facsimile: (860) 808-5384
E-mail:  linsley.barbato@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the

Federal Rules of Civil Procedure on this 18th day of December 2003,  first class postage prepaid to:

The Honorable Holly B. Fitzsimmons
Chambers
Brien McMahon Federal Building
District Of Connecticut
915 Lafayette Boulevard
Bridgeport, Connecticut 06604;

Antonio Ponvert,  III
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604 and

David N. Rosen
Rosen & Dolan, P.C.
400 Orange Street
New Haven, CT 06511;

and hand-delivered to:

Margaret Chapple & Jane B. Emons
Assistant Attorneys General
Attorney General's Office
55 Elm Street – P.O. Box 120
Hartford, CT 06141-0120; and

Terrance M. O'Neill
Assistant Attorney General
Attorney General's Office
110 Sherman Street
Hartford, CT 06105.

_____
Linsley J. Barbato
Assistant Attorney General