FILED

2004 JAN -5 P 12: 33

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAUREEN ALLEN ET AL | ) | No. 02 CV 1370 (AHN) |
| Plaintiffs, | ) | |
| vs. | ) | December 31, 2003 |
| JOHN J. ARMSTRONG ET AL | ) | |
| Defendants. | ) | |

## MOTION FOR DEFAULT

Plaintiffs request the clerk to enter a default against the following defendants:

1. Richard Matos, 5 Drake Lane, Canton, CT 06019;
2. Neal Kearney, MacDougall C.I., 1153 East Street South, Suffield, CT 06078;
3. Dennis Dockery, 317 RAOC, LSA Adder, APO, AE 09331-1403 (military address - certified mail returned); and
4. Glenn Holloway, Osborn C.I., 100 Bilton Road, Somers, CT 06071.

These defendants have never filed appearances, although they were served with the summons and complaint long ago. The return of service is in the file, and the file reflects the fact that no appearance has been entered on behalf of these defendants.

Wherefore, the plaintiffs request that a default enter against these defendants pursuant to Rule 55(a), Fed. R. Civ. P.

Respectfully Submitted,

By: _____
David N. Rosen (ct 00196)
Rosen & Dolan P.C.
400 Orange Street
New Haven, CT 06511
Tele: (203) 787-3513
Fax: (203) 789-1605
Email: david.rosen@rosendolan.com

COUNSEL FOR JANE DOE ONE

Antonio Ponvert III (Ct 17516)
Koskoff, Koskoff & Bieder P.C.
350 Fairfield Ave.
Bridgeport, CT 06604
Tel: 203-336-4421
Fax: 203-368-3244
Email: aponvert@koskoff.com

COUNSEL FOR ALL PLAINTIFFS

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed, first class, postage prepaid on this 24th day of December, 2003 to:

Attorney Margaret Chapple
Attorney Jane Emons
Attorney General's Office
55 Elm Street
Hartford, CT 06106

Attorney Terrence M. O'Neill
Attorney General's Office
110 Sherman Street
Hartford, Connecticut 06106

_____
David N. Rosen ct00196