CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this _____ day of January 2004, to all counsel of record:

Terrence M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105

Linsley Barbato
Office of the Attorney General
55 Elm Street
Hartford, Connecticut 06141

Peggy Chapple
Jane Emons
Assistant Attorney General
55 Elm Street
Hartford, Connecticut 06141

_____
Antonio Ponvert III

4.   Four email messages between the parties' counsel are attached hereto as Exhibit D.  As of the date of this Affidavit, the defendants have failed to respond to David Rosen's December 31, 2003 email, and have failed to respond in any manner to the November 26, 2003 Local Rule 9(d) Letter.

January 6, 2004                    _____
                                   Antonio Ponvert III (Ct  17516)
                                   Koskoff, Koskoff & Bieder P.C.
                                   350 Fairfield Avenue
                                   Bridgeport, CT  06604
                                   Tele: (203) 336-4421
                                   Fax: (203) 368-3244
                                   E-mail: aponvert@koskoff.com

```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT

MAUREEN ALLEN, ET AL.,          )    No. 02 CV 1370 (AHN)
                                )
    Plaintiffs,                 )
                                )
    vs.                         )    January 6, 2004
                                )
JOHN J. ARMSTRONG, ET AL.,      )
                                )
    Defendants.                 )
```

**LOCAL CIVIL RULE 37(a)(2) AFFIDAVIT**

I, Antonio Ponvert III, hereby certify, under penalty of perjury and pursuant to Local Civil Rule 37(a)(2), that:

    1.   I and co-counsel David Rosen have conferred with counsel for the defendants in an effort in good faith to resolve by agreement the issues raised by this Motion without the intervention of the Court, and we have been unable to reach such an agreement;

    2.   A true and correct copy of Plaintiff's First Set of Interrogatories and Plaintiffs' First Request for Production of Documents, and the defendants' Answers and Objections thereto, are attached hereto as Exhibits A and B, respectively;

    3.   A true and correct copy of Plaintiffs' November 26, 2003 Local Rule 9(d) Letter is attached hereto as Exhibit C;

9(d)(2) letter to defendants' counsel. That letter groups the disputed discovery items into 13 discrete categories and, as to each group, sets forth the reasons why the requested discovery should be allowed or why further clarification should be provided by the defendants. Rather than repeat the contents of the letter here, plaintiff refers the Court directly to the letter, and to the arguments set forth therein.

Notwithstanding the November 26 letter, and notwithstanding various email messages to defendants' counsel seeking a response to that letter and seeking a resolution of these discovery disputes, the defendants have remained essentially mute. See Ponvert Affidavit ¶ 4 and Exhibit D.

                Respectfully submitted,

_____
Antonio Ponvert III (Ct  17516)
Koskoff, Koskoff & Bieder P.C.
350 Fairfield Avenue
Bridgeport, CT  06604
Tele: (203) 336-4421
Fax: (203) 368-3244
E-mail: aponvert@koskoff.com

David N. Rosen (Ct 00196)
Rosen & Dolan, P.C.
400 Orange Street
New Haven, CT  06511
Tel: (203) 787-3513
Fax: (203) 789-1605
Email: david.rosen@rosendolan.com

2

```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

MAUREEN ALLEN, ET AL.,        )    No. 02 CV 1370 (AHN)
                              )
    Plaintiffs,               )
                              )
    vs.                       )    January 6, 2004
                              )
JOHN J. ARMSTRONG, ET AL.,    )
                              )
    Defendants.               )
```

### MOTION TO COMPEL

Pursuant to Local Civil Rule 37, plaintiffs hereby move to compel (a) answers to Plaintiffs' First Set of Interrogatories and (b) documents in response to Plaintiffs' First Request for Production of Documents.

### THE NATURE OF THE CASE

This case concerns sexual harassment, retaliation, discrimination and a hostile work environment at the Connecticut Department of Correction.

### ITEMS REQUESTED AND THE REASONS WHY THEY SHOULD BE COMPELLED

Attached to the Ponvert Affidavit (filed concurrently herewith) is the plaintiffs' November 26, 2003 Local Rule

**ORAL ARGUMENT IS NOT REQUESTED**