FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT 2004 JAN 14 P 12: 11

| | | |
|---|---|---|
| MAUREEN ALLEN ET AL | ) | No. 02 CV 1370 (AHN) US DISTRICT COURT |
| | ) | BRIDGEPORT CT |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN J. ARMSTRONG ET AL | ) | JANUARY 12, 2004 |
| | ) | |
| Defendants. | | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I certify that the plaintiffs' motion for default dated December 31, 2003 was also served on the following defendants, by certified mail, return receipt requested on January 12, 2004:

1. Richard Matos, 5 Drake Lane, Canton, CT 06019;
2. Neal Kearney, MacDougall C.I., 1153 East Street South, Suffield, CT 06078;
3. Dennis Dockery, 317 RAOC, LSA Adder, APO, AE 09331-1403 (military address - certified mail returned); and
4. Glenn Holloway, Osborn C.I., 100 Bilton Road, Somers, CT 06071.

THE PLAINTIFFS

By: _____
David N. Rosen (ct 00196)
Rosen & Dolan P.C.
400 Orange Street
New Haven, CT 06511
Tele: (203) 787-3513
Fax: (203) 789-1605
Email: david.rosen@rosendolan.com

COUNSEL FOR JANE DOE ONE

Antonio Ponvert III (Ct 17516)
Koskoff, Koskoff & Bieder P.C.
350 Fairfield Ave.
Bridgeport, CT 06604
Tel: 203-336-4421
Fax: 203-368-3244
Email: aponvert@koskoff.com

COUNSEL FOR ALL PLAINTIFFS

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first class, postage prepaid on this 12 day of January, 2004 to:

Attorney Margaret Chapple
Attorney Jane Emons
Attorney General's Office
55 Elm Street
Hartford, CT 06106

Attorney Terrence M. O'Neill
Attorney General's Office
110 Sherman Street
Hartford, Connecticut 06106

David N. Rosen ct00196