**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MAUREEN ALLEN, ET AL., | : | CIVIL NO. 3:02CV1370 (AHN) |
|    *Plaintiffs*, | : | |
| | : | |
| vs. | : | |
| | : | |
| JOHN J. ARMSTRONG, ET AL. | : | |
|    *Defendants*. | : | JANUARY 23, 2004 |

**OBJECTION TO MOTION TO COMPEL**

The substance of counsel's Motion to Compel and accompanying Local Civil Rule 37(a)(2) Affidavit is both unfair and inaccurate. In response the defendants offer the following:

1. Plaintiffs sent their First Set of Interrogatories and Request for Production of Documents in October of 2003. (See plaintiffs' Motion to Compel, Exhibit A).

2. The defendants sent their responses to plaintiffs on November 21, 2003. (See plaintiffs' Motion to Compel, Exhibit B). Nearly all requests were complied with: on an informal basis thousands of pages of documents were made available for copying and on a formal basis, thousands of pages of documents in defendant's possession were designated as "already provided" or "will be provided".

3. On November 26, 2003, without having reviewed the available documents, Attorney Ponvert sent his letter indicating that there were "major problems with the defendants' answers and objections." (See plaintiffs' Motion to Compel, Exhibit C).

*Please note: the November 26, 2003 Local Rule 9(d)(2) letter was sent only to Jane Emons and Terrence O'Neill. Margaret Chapple, an attorney of record, was not copied.*

4. Between October 31, 2003 and December 8, 2003, Antonio Ponvert and the undersigned had one discussion by phone and numerous communications by e-mail, all in a good faith attempt to resolve potential disputes. (Copies of e-mails attached). Exhibit 1.

5. On December 16, 2003, Antonio Ponvert e-mailed <u>all</u> counsel of record requesting a response to his November 26, 2003 letter. (Copy attached). Exhibit 2.

6. On the same date, the undersigned responded to an older e-mail and indicated with reference to the December 16, 2003 request "As far as the new e-mail is concerned, we've got to look into your request and get back to you. We will hopefully be back in touch soon." (Copy attached). Exhibit 3.

7. All subsequent e-mails from Attorneys Ponvert and Rosen were sent to Margaret Chapple who was unaware of the November 26, 2003 letter. To the extent that Attorneys Emons and O'Neill were not copied on the e-mails, they were unaware of requests from plaintiffs' counsel for further responses.

The defendants would ask that the Court review plaintiff's requests, and assess the breadth of defendants compliance or proferred compliance. It is submitted that the defendants have fully complied with plaintiff's requests in that they have either produced or made all discoverable documents available for copying and inspection. In that regard, it is important to note that neither counsel has made himself available nor requested to see documents that were not otherwise provided. As a result, this Motion to Compel is, at best, premature. It appears that plaintiffs' counsel is dissatisfied with the form of the disclosure. Attorney Ponvert sought disclosure according to his preconceived categories as requested in his First Set of Interrogatories and First Request for Production. His intent is to require the Defendants (who store and retain their documents in a different fashion) to search through and catalogue tens of thousand of pages and literally identify each document according to his request. Our objections to his requests as overly broad and burdensome are on record.

It is the intent of all of the defendants to make all discoverable documents available in as organized a fashion as possible. We are, as well, prepared to discuss these issues with the Court on February 5, 2004 at a meeting designed to address remaining discovery issues.

DEFENDANTS,

JOHN J. ARMSTRONG, ET AL.

BY: _____
Jane B. Emons
Assistant Attorney General
55 Elm Street - P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Federal Bar No. Ct. 16515
Email: jane.emons@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Objection to Motion to Compel was mailed this 23rd day of January 2004, first class postage prepaid, to:

Antonio Ponvert III
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

David M. Rosen, Esq.
Rosen & Dolan, P.C.
400 Orange Street
New Haven, CT 06511

_____
Jane B. Emons
Assistant Attorney General