# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Maureen Allen et Al

v.

John J. Armstrong

**APPEARANCE**

FILED
2004 FEB -6 A 10:05

**CASE NUMBER:** 02 CV 1370 (AHN)
BRIDGE...

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Richard Matos, 5 Drake Lane,
Canton, CT 06019

---

2/5/04
**Date**

07332
**Connecticut Federal Bar Number**

(203) 235-5787
**Telephone Number**

(203) 235-0447
**Fax Number**

jacobs.jacobs@snet.net
**E-mail address**

*Signature*

Stephen D. Jacobs
**Print Clearly or Type Name**

P.O. Box 193
**Address**

Meriden, CT 06450

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

David N. Rosen
Rosen & Dolan, P.C.
400 Orange Street
New Haven, CT 06511

Antonio Ponvert, III
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

Margaret, Chapple, Esq.
Jane Emons, Esq.
Atty. Gen Office
55 Elm Street
Hartford, CT 06106

Atty. Terrence M. O'Neill
Attorney General's Office
110 Sherman St.
Htfd., CT 06106

*Signature* Stephen D. Jacobs, Esq.

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001