UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MAUREEN ALLEN, ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | )   No. 02 CV 1370 (AHN) |
| | ) |
| JOHN J. ARMSTRONG, ET AL., | ) |
| | ) |
| Defendants. | ) |

## **NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a), plaintiff Sandra Gawron hereby dismisses this action as it relates to her.

February 5, 2004                                    _____
                                                                Antonio Ponvert III (Ct 17516)
                                                                Koskoff, Koskoff & Bieder P.C.
                                                                350 Fairfield Avenue
                                                                Bridgeport, CT  06604
                                                                Tele: (203) 336-4421
                                                                Fax: (203) 368-3244
                                                                E-mail: aponvert@koskoff.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this

\_\_\_\_\_ day of February 2004, to all counsel of record:

Terrence M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105

Linsley Barbato
Office of the Attorney General
55 Elm Street
Hartford, Connecticut 06141

Peggy Chapple
Jane Emons
Assistant Attorney General
55 Elm Street
Hartford, Connecticut 06141

_____
Antonio Ponvert III