FILED

2004 FEB -9 P 12: 05

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MAUREEN ALLEN, ET AL.,            )
                                  )
        Plaintiffs,               )
                                  )
    vs.                           )   No. 02 CV 1370 (AHN)
                                  )
JOHN J. ARMSTRONG, ET AL.,        )
                                  )
        Defendants.               )

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), plaintiff Sandra Gawron hereby dismisses this action as it relates to her.

February 5, 2004

Antonio Ponvert III (Ct 17516)
Koskoff, Koskoff & Bieder P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
Tele: (203) 336-4421
Fax: (203) 368-3244
E-mail: aponvert@koskoff.com

2/11/04. APPROVED. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.