IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTITUCT
BRIDGEPORT,  CONNECTICUT

FILED

2004 FEB 18  P 1: 16

US DISTRICT COURT

MAUREEN ALLEN ET AL


V.                          CASE NUMBER:  **02 cv 1370**      **(AHN)**

JOHN J. ARMSTRONG ET AL


**Glenn Holloway, individually and officially**
**C/o  Osborn Correctional Institution**
**100 Bilton Road**
**Somers,  CT  06071**

### Answer by Defendant Holloway

NOW COMES DEFENDANT HOLLOWAY hereby answering the complaint as

follows:

1.

Defendant Holloway admits that he is an officer for the State of Connecticut's

Department of Correction and has at all times acted in his official capacity at the state

owned facilities.

2.

Defendant Holloway lacks sufficient knowledge to confirm or disaffirm Plaintiffs

allegations in paragraphs 1 through 20.

3.

Defendant Holloway denies the conclusions of facts made in paragraph 21.  He

has not directly participated in retaliation, intimidation and discrimination alleged herein.

4.

Defendant Holloway lacks any knowledge of the facts and allegations made in paragraphs 22 through 230.

5.

Defendant Holloway acknowledges that Plaintiff Arango was a correction officer as described in paragraph 231.

6.

Defendant Holloway lacks sufficient knowledge to affirm or disaffirm paragraph 232.

7.

Defendant Holloway denies the allegations of facts contained in paragraph 233.

8.

Defendant Holloway denies the allegations in paragraph 234.

9.

Defendant Holloway apologized to Plaintiff Arango, and she has merely embellished this unfortunate incident for pecuniary gain. Defendant Holloway denies the statements attributed to Plaintiff Arango in paragraph 235..

10.

Defendant Holloway apologized to Plaintiff Arango, and she has merely embellished this unfortunate incident for pecuniary gain. Defendant Holloway denies the statements attributed to Plaintiff Arango in paragraph 236.

11.

Defendant Holloway denies the allegations in paragraphs 237 and 238.

12.

Defendant Holloway lacks sufficient knowledge to confirm or disaffirm the allegations in paragraph 239 save for the fact that Defendant Holloway directed no abuse or sexual harassment toward her or anyone else at the facility.

13.

Defendant Holloway denies the allegations in paragraph 240.

14.

Defendant Holloway denies the allegations in paragraph 241 as false. Defendant Holloway was suspended for thirty days without pay and moved to a different facility.

15.

Defendant Holloway disagrees with the conclusions made by the Plaintiff in paragraph 242.

16.

Defendant Holloway denies the allegation of paragraph 243 which requires a conclusion of law and completely misapplies the facts. Defendant Holloway's conduct even under the Plaintiff's scenario fails to trigger a violation of the statute.

17.

Defendant Holloway denies the allegation of paragraph 244, 245, and 246 as it pertains to him; as to actions of the State Department of Corrections, Defendant Holloway lacks sufficient knowledge to confirm or disaffirm the allegations.

18.

Defendant Holloway lacks sufficient knowledge to confirm or disaffirm the allegations in paragraphs 247 through 555. Defendant Holloway also asserts that the Co-

Defendant, the State Department of Corrections, failed until after the incident complained of by Officer Arango to conduct sexual harassment sensitivity training.

WHEREFORE Defendant Holloway prays as follows:

1. That the complaint be dismissed as to the Defendant Holloway, individual and under his official capacity.

2. That all costs associated with the filing of this claim and reasonable attorney fees be apportioned to the Plaintiffs.

3. That a jury trial of the Defendant Holloway's peers be granted.

4. Any and all further relief as deemed appropriate be granted

Glenn Holloway

Bloomfield, Conn.

## CERTIFICATION OF MAILING FORM

**In Re:  Case No: 02 CV. 1370 (AHN)**

I, Glenn Holloway, hereby certify that I served a copy of the enclosed

document(s) by Certified U.S. Mail to the Complainant or their attorney named below:

This is the 12th day of February, 2004.

United States District Court
Court Clerks Office
915 Lafayette Boulevard
Bridgeport, CT  06604

Antonio Ponvert III
Koskoff, Koskoff & Bieder P.C.
350 Fairfield Avenue
Bridgeport, Connecticut  06604

David N. Rosen (Ct  00196)
Rosen & Dolan P.C.
400 Orange Street
New Haven, CT  06511

Glenn Holloway
15 Nolan Driver
Bloomfield, Conn.