UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAUREEN ALLEN, ET AL., | ) | No. 02 CV 1370 (AHN) |
| Plaintiffs, | ) | |
| vs. | ) | March 4, 2004 |
| JOHN J. ARMSTRONG, ET AL., | ) | |
| Defendants. | ) | |

### MOTION Re: FILING OF OFFER OF JUDGMENT

Plaintiffs have received the Court's March 1, 2004 Order Returning Submission (copy attached hereto), returning the recently filed Offer of Judgment for "failure to file offer of judgment in a sealed envelope." Unfortunately, there has been some mistake.

The Offer of Judgment was filed on February 6, 2004 in a sealed envelope pursuant to L.R. 68. Attached hereto is an Affidavit from plaintiffs' counsel's office messenger, Raymond Vertucci, stating under oath that he hand-delivered the Offer of Judgment in a sealed envelope to the Clerk on February 6, 2004. On that date and after the actual filing, District Court Assistant Clerk Tasha Simpson confirmed by telephone with plaintiffs' counsel's secretary that the Offer had been filed in the sealed envelope. And yesterday, after receiving the Order

Returning Submission, Ms. Simpson again confirmed by telephone with plaintiffs' counsel that the Offer had been properly filed in a sealed envelope on February 6. Apparently, the envelope was mistakenly opened after filing, and the document was then returned by the Court.

Ordinarily, re-filing a returned pleading would be the simplest way to correct such a misunderstanding. In this case, however, that is not possible. The date that the sealed Offer of Judgment was filed in this case (February 6, 2004) was the *last day* under the Offer of Judgment statute to file the Offer so as to compute interest from the date of the filing of the Complaint. Any later filing (or re-filing) would result in the loss to the plaintiffs of 18 months of potential offer-of-judgment interest.

Attached to this Motion is the Offer of Judgment in a new sealed envelope. The official docket sheet (attached hereto) states that the Offer was "filed" on February 6, 2004. But, in light of the Court's Order Returning Submission, plaintiffs are asking the Court to provide some clarification so that the record clearly reflects that the original filing was proper and timely, and that the Offer was filed on February 6, 2004. If

plaintiffs' counsel can provide any further clarification or can be of any assistance to the Court, we stand ready.

Respectfully submitted,

_____
Antonio Ponvert III (Ct  17516)
Koskoff, Koskoff & Bieder P.C.
350 Fairfield Avenue
Bridgeport, CT  06604
Tele: (203) 336-4421
Fax: (203) 368-3244
E-mail: aponvert@koskoff.com

David N. Rosen (Ct 00196)
Rosen & Dolan, P.C.
400 Orange Street
New Haven, CT  06511
Tel: (203) 787-3513
Fax: (203) 789-1605
Email: david.rosen@rosendolan.com

```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

MAUREEN ALLEN, ET AL.,       )     No. 02 CV 1370 (AHN)
                             )
     Plaintiffs,             )
                             )
     vs.                     )     March 4, 2004
                             )
JOHN J. ARMSTRONG, ET AL.,   )
                             )
     Defendants.             )
```

### **AFFIDAVIT**

I, Raymond Vertucci, hereby declare, under penalty of perjury, that:

1. I am an adult and I understand the obligation to tell the truth;

2. I am a messenger, driver and general assistant employed by KOSKOFF, KOSKOFF & BIEDER, P.C.;

3. On February 6, 2004, I hand-delivered for filing an Offer of Judgment in the *Allen v. Armstrong* case to the District Court Clerk at 915 Lafayette Boulevard, Bridgeport, CT;

4. The Offer of Judgment was in a sealed envelope at the time that I filed it with the Court Clerk;

4

5.   I asked for a file-stamped copy; but I was told by the Clerk that a copy could not be provided to me because the document was in a sealed envelope; and

6.   If necessary, I will make myself available to the Court to give testimony about this matter.

March 4, 2004               _____
                                      Raymond Vertucci

CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this _____ day of March 2004, to all counsel of record:

Terrence M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105

Linsley Barbato
Office of the Attorney General
55 Elm Street
Hartford, Connecticut 06141

Peggy Chapple
Jane Emons
Assistant Attorney General
55 Elm Street
Hartford, Connecticut 06141

_____
Antonio Ponvert III