UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAUREEN ALLEN, ET AL. | : | CIVIL NO. 3:02CV1370 (AHN) (HBF) |
| v. | : | |
| JOHN J. ARMSTRONG, ET AL. | : | NOVEMBER 18, 2003 |

### STIPULATED PROTECTIVE ORDER

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned counsel of record in the above-referenced matter that this Joint Protective Order ("Order") shall govern the disclosure of all discovery information during and after this litigation. The terms of this order are as follows:

1. Pursuant to this Stipulation and Protective Order, all documents and information that the parties believe disclose the identity of, and private and confidential information about, themselves or other persons shall be considered confidential and shall not be further disclosed except as provided herein. Upon a party's designation that a document or information is covered by this protective order, the opposing party may seek review with the court to determine the propriety of the designation.

2. This order does not apply to: (a) information or documents obtained by or on behalf of the plaintiffs through means other than formal or informal discovery requests in this action; (b) information or documents disclosed with the permission of the person whose

identity is revealed by the disclosure; or (c) information or documents ordered to be disclosed by a court of competent jurisdiction.

3. For the purpose of this Protective Order, and to further the litigation of this matter, the use of documents and information that can reasonably be expected to disclose the identity of, and private and confidential information about, another person shall consist of and be limited to disclosure to:

   a. Counsel of record for the named plaintiffs in this action;
   b. Counsel of record for the named defendants in this action;
   c. The paralegal, clerical and secretarial staffs employed by counsel referenced in sections a and b above;
   d. Experts, investigators, and consultants retained by counsel in connection with this action;
   e. The Court presiding over this action; and
   f. Any court reporter present in his or her official capacity at any hearing, deposition or other proceeding in this action.

4. Any person to whom the documents, copies thereof, or the contents of information contained therein are to be disclosed subject to this Protective Order shall be informed of the contents of this Protective Order prior to said disclosure and shall agree in writing to be bound by its terms.

5. Documents produced during the course of informal discovery prior to the date of execution of this stipulation shall be subject to this order and labeled accordingly.

6. Any party may seek a modification of this protective order by the court based upon a showing of good cause that the modification is necessary to further pending court proceedings only. In the event such a motion is made, the identity of any person to whom disclosure of information is sought shall be included within the motion, along with

the reason or reasons that disclosure of protected information is necessary to advance the litigation. Such disclosure of identity may be made to the court *in camera*.

| PLAINTIFFS | DEFENDANTS |
| --- | --- |
| Maureen Allen, et al. | Commissioner John Armstrong, et al. |

BY: _____  BY: _____

| | |
| --- | --- |
| David N. Rosen, Esquire | Terrence M. O'Neill |
| Rosen & Dolan, PC | Assistant Attorney General |
| 400 Orange Street | 110 Sherman Street |
| New Haven, CT  06511 | Hartford, CT  06105 |
| Federal Bar #ct00196 | Federal Bar #ct10835 |
| E-Mail:  david.rosen@rosendolan.com | E-Mail:  terrence.oneill@po.state.ct.us |
| Tel:  (203) 787-3513 | Tel: (860) 808-5450 |
| Fax:  (203) 789-1605 | Fax:  (860) 808-5591 |
| | |
| Antonio Ponvert, III, Esq. | Jane B. Emons, Esquire |
| Koskoff, Koskoff & Bieder, P.C. | Attorney General's Office |
| 350 Fairfield Avenue | 55 Elm Street |
| Bridgeport, CT  06604 | Hartford, CT  06106 |
| Federal Bar #ct17516 | Federal Bar #ct16515 |
| E-Mail:  aponvert@koskoff.com | E-Mail:  jane.emons@po.state.ct.us |
| Tel.: (203) 336-4421 | Tel:  (860) 808-5340 |
| Fax:   (203) 368-3244 | Fax:  (860) 808-5385 |
| | |
| Richard Beider, Esq. | Margaret Quilter Chapple, Esquire |
| Koskoff, Koskoff & Bieder, P.C. | Attorney General's Office |
| 350 Fairfield Avenue | 55 Elm Street |
| Bridgeport, CT  06604 | Hartford, CT  06106 |
| Federal Bar #ct04208 | Federal Bar #ct05550 |
| E-Mail:  rbeider@koskoff.com | E-Mail: Margaret.chapple@po.state.ct.us |
| Tel.: (203) 336-4421 | Tel:  (860) 808-5340 |
| Fax:   (203) 368-3244 | Fax:  (860) 808-5385 |
| | |
| | Linsley Barbato, Esquire |
| | Attorney General's Office |
| | 55 Elm Street |
| | Hartford, CT  06106 |
| | Federal Bar #ct03751 |
| | E-Mail:  linsley.barbato@po.state.ct.us |
| | Tel:  (860) 808-5340 |
| | Fax:  (860) 808-5385 |

So Ordered:

_____
Holly B. Fitzsimmons, USMJ