03 cv1370 min

CT/cvmhrg (January 10, 2002)

HONORABLE *Fitzsimmons*
DEPUTY CLERK *Kolesnikoff*    RPTR/ERO TAPE *Corriette*

TOT AL TIME: ___ hours ___ minutes

DATE *3/30/04*    START TIME *11:10*    END TIME *12:45*
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

*Orr / Allen*

vs.

*Connecticut / Armstrong*

CIVIL NO. *3:02cv1370*

§
§
§
§
§

*Antonio Ponvert*
Plaintiffs Counsel
☐ SEE ATTACHED CALENDAR FOR COUNSEL
*Terry O'Neill*
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing            ☐ (confmhrg.) Confirmation Hearing      ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing     ☐ (evidhrg.) Evidentiary Hearing        ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing   ☐ (fairhrg.) Fairness Hearing           ☐ (stlmthrg.) Settlement Hearing
☒ (mischrg.) Miscellaneous Hearing *DISCOVERY*

MOTION
DOCUMENT NO.

| | | | | | |
|---|---|---|---|---|---|
| ☒ | # *115* | Motion *to Compel* | ☐ granted | ☐ denied | ☒ advisement |
| ☐ | # ___ | Motion ___ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # ___ | Motion ___ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # ___ | Motion ___ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # ___ | Motion ___ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # ___ | Motion ___ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # ___ | Motion ___ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion ___ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion ___ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion ___ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion ___ | ☐ granted | ☐ denied | ☐ advisement |

☐ ........ ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____

| | | | |
|---|---|---|---|
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |
| ☐ ........ | _____ | ☐ filed | ☐ docketed |

☐ ........ _____ Hearing continued until _____ at _____