FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAR -4 P 12: 18
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| MAUREEN ALLEN, ET AL., | ) No. 02 CV 1370 (AHN) |
| Plaintiffs, | ) |
| vs. | ) March 4, 2004 |
| JOHN J. ARMSTRONG, ET AL., | ) |
| Defendants. | ) |

**MOTION Re: FILING OF OFFER OF JUDGMENT**

Plaintiffs have received the Court's March 1, 2004 Order Returning Submission (copy attached hereto), returning the recently filed Offer of Judgment for "failure to file offer of judgment in a sealed envelope." Unfortunately, there has been some mistake.

The Offer of Judgment was filed on February 6, 2004 in a sealed envelope pursuant to L.R. 68. Attached hereto is an Affidavit from plaintiffs' counsel's office messenger, Raymond Vertucci, stating under oath that he hand-delivered the Offer of Judgment in a sealed envelope to the Clerk on February 6, 2004. On that date and after the actual filing, District Court Assistant Clerk Tasha Simpson confirmed by telephone with plaintiffs' counsel's secretary that the Offer had been filed in the sealed envelope. And yesterday, after receiving the Order

[handwritten left margin: 127]

[handwritten left margin, rotated: SO ORDERED. 3/23/04. DENIED as moot. Document #121 reflects that the document is filed under seal.
ALAN H. NEVAS, U.S.D.J.]

2004 MAR 23 P 4: 43
U.S. DISTRICT COURT
BRIDGEPORT, CONN
FILED