

FILED
2004 MAR 15 P 2: 12
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAUREEN ALLEN, ET AL. | : | CIVIL NO. 3:02CV1370 (AHN) (HBF) |
| v. | : | |
| JOHN J. ARMSTRONG, ET AL. | : | NOVEMBER 18, 2003 |

### STIPULATED PROTECTIVE ORDER

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned counsel of record in the above-referenced matter that this Joint Protective Order ("Order") shall govern the disclosure of all discovery information during and after this litigation. The terms of this order are as follows:

1. Pursuant to this Stipulation and Protective Order, all documents and information that the parties believe disclose the identity of, and private and confidential information about, themselves or other persons shall be considered confidential and shall not be further disclosed except as provided herein. Upon a party's designation that a document or information is covered by this protective order, the opposing party may seek review with the court to determine the propriety of the designation.

    This order does not apply to: (a) information or documents obtained by or on behalf of the plaintiffs through means other than formal or informal discovery requests in this action; (b) information or documents disclosed with the permission of the person whose