# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Allen, et. al

vs.

John Armstrong, et. al.

APPEARANCE

FILED
2004 APR -8  P 3: 49
U.S. DISTRICT COURT
BRIDGEPORT CONN

CASE NUMBER: 02 CV 1370 (AHN)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Allen, et. al.
vs.
John Armstrong, et. al.
(Glenn Holloway, only)

**Date:** 8 April 2004

**Signature:** [signed]

**Connecticut Federal Bar Number:** Ct 16935

**Print Clearly or Type Name:** Angelica N. Papastavros

**Telephone Number:** 203.773.4999

**Address:** 129 Church St. Ste. 507
New Haven, CT. 06510

**Fax Number:** 203.773.4998

**E-mail address:** angelicapapastavros@msn.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Antonio Ponvert, III, Esq.
350 Fairfield Avenue, 5th fl.
Bpt. Ct. 06604

Jane B. Emons, Esq.
55 Elm St. P.O. Box 120
Hartford, CT 06141-0120

Margaret Chapple, Esq.
55 Elm St. P.O. Box 120
Hartford, CT. 06141-0120

Terrance M. O'Neil, Esq.
55 Elm Street, P.O. Box 120
Hartford, CT. 06141-0120

David Rosen, Esq.
400 Orange St.
New Haven, CT. 06511

**Signature:** [signed]

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24