UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MAUREEN ALLEN, ET AL. | : |
| | : |
| v. | :    CIV. NO. 3:02CV1370 (AHN) |
| | : |
| JOHN J. ARMSTRONG, ET AL. | : |

RECOMMENDED RULING ON DEFENDANTS' MOTION TO DISMISS

Defendants' Motion to Dismiss **[Doc. #96]** dated September 25, 2003 is **DENIED** in light of the later filing by defendants of a Motion to Dismiss [Doc. #98] dated September 30, 2003.

ENTERED at Bridgeport this 6th day of April 2004.

                          ___/s/_____
                          HOLLY B. FITZSIMMONS
                          UNITED STATES MAGISTRATE JUDGE