UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAUREEN ALLEN ET AL | ) | No. 02 CV 1370 (AHN) |
| Plaintiffs, | ) | |
| vs. | ) | May 7, 2004 |
| JOHN J. ARMSTRONG ET AL | ) | |
| Defendants. | ) | |

## MOTION FOR DEFAULT

Plaintiffs request the clerk to enter a default against the following defendants:

1. Dennis Dockery, 317 RAOC, LSA Adder, APO, AE 09331-1403 (military address - certified mail returned); and
2. Michael Noon, Gates Correctional Institution, 131 North Bridelbrook Road, Niantic, CT 06357.

These defendants have never filed appearances, although they were served with the summons and complaint long ago. The return of service is in the file, and the file reflects the fact that no appearance has been entered on behalf of these defendants.

Wherefore, the plaintiffs request that a default enter against these defendants pursuant to Rule 55(a), Fed. R. Civ. P.



Motion GRANTED. It is SO ORDERED. 6/1/04

FILED 2004 JUN -2 P 2:41
U.S. DISTRICT COURT
BRIDGEPORT, CONN