UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MAUREEN ALLEN, ET AL.          :
                               :
v.                             :     CIV. NO. 3:02CV1370 (AHN)
                               :
JOHN J. ARMSTRONG, ET AL.      :
                               :

RECOMMENDED RULING ON DEFENDANTS' MOTION TO DISMISS

Defendants' Motion to Dismiss [Doc. #96] dated September 25, 2003 is **DENIED** in light of the later filing by defendants of a Motion to Dismiss [Doc. #98] dated September 30, 2003.

ENTERED at Bridgeport this 6 day of April 2004.

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE

1