UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|                              | :  |                         |
|------------------------------|----|-------------------------|
| MAUREEN ALLEN, ET AL.        | :  |                         |
|                              | :  |                         |
|                              | :  |                         |
| v.                           | :  | CIV. NO. 3:02CV1370 (AHN) |
|                              | :  |                         |
|                              | :  |                         |
| JOHN J. ARMSTRONG, ET AL.    | :  |                         |
|                              | :  |                         |
|                              | :  |                         |

SCHEDULING ORDER

The parties' joint request to for a six month extension of all dates in the Rule 26(f) Report is **GRANTED** on consent.

SO ORDERED at Bridgeport this 7th day of September 2004.

____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE

1