United States District Court
District of Connecticut
FILED AT    BRIDGEPORT

9-22   20 04
Kevin F. Rowe, Clerk
By C.W. Code
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NANCY ORR, ET AL
    Plaintiffs
v.

CIVIL ACTION NO.
3:02CV1368(AHN/HBF)

STATE OF CONNECTICT,
DEPARTMENT OF CORRECTION,
ET AL
    Defendants

MAUREEN ALLEN, ET AL
    Plaintiffs
v.

CIVIL ACTION NO.
3:02CV1370(AHN/HBF)

JOHN J. ARMSTRONG, ET AL,
    Defendants

### AMENDMENT TO STIPULATED AGREEMENT

The parties, by their duly authorized undersigned counsel or on their own behalf, hereby agree to amend Paragraph 92 of the Stipulated Agreement into which they entered on April 17, 2003. The amendment shall be the replacement of the existing text of Paragraph 92 with the following text:

92. A training provider will be on contract for the period of this Agreement for the purpose of monitoring the Department's training protocols and programs and for the purpose of training the Department's in-house sexual harassment trainers (the "train the trainers" programs.) The provider shall: assist with the development of lesson plans; conduct train-the-trainer courses for Department staff; assist with development of curriculum for specialized courses, including specialized courses for supervisors related to sexual harassment prevention; and monitor and audit classes conducted by Department staff to ensure continuous quality and integrity.

_____
Michelle Holmes, Esq.
Counsel for the Orr, et al
Plaintiffs

_____
Antonio Ponvert III, Esq.
Counsel for the Allen, et al
Plaintiffs

SO ORDERED
/s/ HALE FITZSIMMONS, USDJ
1/20/04 DATE

02CV1368ahn

_____
David N. Rosen, Esq.
Counsel for the Allen, et al
Plaintiffs

_____
Margaret Q. Chapple, Esq.
Assistant Attorney General

_____
Leslie Gabel-Brett
Executive Director
Permanent Commission on
the Status of Women

_____
Jane Emons, Esq.
Assistant Attorney General

_____
Theresa Lantz
Commissioner of Correction