UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MAUREEN ALLEN, ET AL.

v.                      CIV. NO. 3:02CV1370 (AHN)

JOHN J. ARMSTRONG, ET AL.

RECOMMENDED RULING ON DEFENDANTS' MOTION TO DISMISS [DOC.#98]

    This is an employment discrimination action brought by fourteen plaintiff-employees of the Connecticut Department of Correction against the State of Connecticut and fifty-six individually named defendants pursuant to 42 U.S.C. §§1983, 1985, 1986, 1988 and 42 U.S.C. §§2000 et seq. Plaintiffs seek declaratory and monetary relief. Plaintiffs also bring common law claims against the individual defendants for intentional and negligent infliction of emotional distress.

    Pending is defendants' Motion to Dismiss **[Doc. #98]** various claims set forth in plaintiffs' Third Amended Complaint.[1] For the reasons that follow, the motion is **GRANTED** in part and **DENIED** in part.

---

[1] The Third Amended Complaint was filed July 3, 2003, by fourteen (14) plaintiffs against fifty-six (56) defendants asserting ten claims for relief. The complaint is 164 pages in length. [Doc. #92].

1