UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAUREEN ALLEN, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 02 CV 1370 (AHN) |
| | ) | |
| JOHN J. ARMSTRONG, ET AL., | ) | |
| | ) | JANUARY 25, 2005 |
| Defendants. | ) | |

## STIPULATIONAL OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), the parties in the above entitled action hereby Stipulate that the claims against defendant Vicki Arpin be dismissed with prejudice.

PLAINTIFFS

January     , 2005                              _____
                                                Antonio Ponvert III (Ct  17516)
                                                Koskoff, Koskoff & Bieder P.C.
                                                350 Fairfield Avenue
                                                Bridgeport, CT  06604
                                                Tele: (203) 336-4421
                                                Fax: (203) 368-3244
                                                E-mail: aponvert@koskoff.com


                                                DEFENDANT VICKI ARPIN

January     , 2005                              _____
                                                Linsley J. Barbato (Ct 03751)
                                                Assistant Attorney General
                                                55 Elm Street
                                                Hartford, CT  06141
                                                Tele: (860) 808-5090
                                                Fax: (860) 808-5384
                                                E-mail: Linsley.Barbato@po.state.ct.us

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this _____ day of January 2005, to all counsel of record:

Terrence M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105

Linsley Barbato
Office of the Attorney General
55 Elm Street
Hartford, Connecticut 06141

Peggy Chapple
Jane Emons
Assistant Attorney General
55 Elm Street
Hartford, Connecticut 06141

_____
Antonio Ponvert III