147

FILED
2005 JAN 31 P 12: 49
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 FEB 22 P 3: 33
U.S. DISTRICT COURT
BRIDGEPORT, CONN

2/18/2005 APPROVED
SO ORDERED
ALAN H. NEVAS, U.S.D.J.

| | |
|---|---|
| MAUREEN ALLEN, ET AL., | ) |
| Plaintiffs, | ) |
| vs. | ) No. 02 CV 1370 (AHN) |
| JOHN J. ARMSTRONG, ET AL., | ) |
| | ) JANUARY 25, 2005 |
| Defendants. | ) |

## STIPULATIONAL OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), the parties in the above entitled action hereby Stipulate that the claims against defendant Vicki Arpin be dismissed with prejudice.

PLAINTIFFS

January 28, 2005

Antonio Ponvert III (Ct 17516)
Koskoff, Koskoff & Bieder P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
Tele: (203) 336-4421
Fax: (203) 368-3244
E-mail: aponvert@koskoff.com

DEFENDANT VICKI ARPIN

January 27, 2005

Linsley J. Barbato (Ct 03751)
Assistant Attorney General
55 Elm Street
Hartford, CT 06141
Tele: (860) 808-5090
Fax: (860) 808-5384
E-mail: Linsley.Barbato@po.state.ct.us