*COUNSEL SHALL CONTACT JUDGE GARFINKEL'S CHAMBERS TO RESCHEDULE.*

Motion GRANTED It is SO ORDERED
WILLIAM I. GARFINKEL 4/27/05
DATE

FILED
2005 APR 27 P 4:30
U.S. DISTRICT COURT
BRIDGEPORT, CONN

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

MAUREEN ALLEN, ET AL          :
                              :
VS.                           :    CIV. NO. 3:02CV1370 (AHN)
                              :
JOHN J. ARMSTRONG, ET AL      :

## MOTION FOR CONTINUANCE

Counsel for the Defendant, Richard Matos, respectfully moves for permission to be excused from the mediation dates on April 28, 2005, April 29, 2005, May 5, 2005 and May 6, 2005 on the grounds that he had scheduled a trip to France in October 2004 to celebrate his 30th wedding anniversary and is scheduled to leave the country on April 26, 2005, returning to the USA on May 7, 2005. The trip has been prepaid and is non-refundable.

Counsel requests the scheduling of a mediation date for Defendant Richard Matos after May 9, 2005.

                                      THE DEFENDANT,
                                      RICHARD MATOS

                                      BY: _____
                                      STEPHEN D. JACOBS, for
                                      JACOBS & RIVERA, LLC

## **CERTIFICATION**

     This is to certify that a copy of the foregoing motion was electronically mailed on April 25, 2005, to:

| | |
|---|---|
| Linsley J. Barbato | Linsley.Barbato@po.state.ct.us |
| Richard A. Bieder | rbieder@koskoff.com, lgrossberg@koskoff.com, cmclachlan@koskoff.com |
| Margaret . Chapple | margaret.chapple@po.state.ct.us,k Leonard.Auster@po.state.ct.us. |
| Jane B. Emons | jane.emons@po.state.ct.us, Leonard.Auster@po.state.ct.us |
| Terrance M. O'Neill | terrence.oneill@po.state.ct.us |
| Antonio Ponvert, III | aponvert@koskoff.com, schrzanowski@koskoff.com |

And mailed to:

Angelica N. Papastavros
Law Offices of Angelica N. Papstavros
129 Church Street, Suite 507
New Haven, CT  06510

_____
Stephen D. Jacobs
Commissioner of the Superior Court

LAW OFFICES

STEPHEN D. JACOBS
HECTOR A. RIVERA, JR.
JUSTIN T. SMITH

JACOBS & RIVERA, LLC

71 CATLIN STREET

SUITE 204, KENNEDY BUILDING

P.O. BOX 193

MERIDEN, CONNECTICUT 06450-0193

TELEPHONE
(203) 634-3000
1-866-2-RIVERA

FAX
(203) 235-0447

PLEASE REPLY TO
P. O. BOX 193

# EXHIBIT A

Re:   Allen, et al vs. Armstrong, et al
      Case Number: 3:02CV1370 (AHN)

Dear Sir/Madam:

I represent Richard Matos in the above-entitled matter. I am writing to request that he be excused from the mediation conference scheduled on 4/28/05 and 4/29/05 and that I be excused from the mediation conference scheduled on 5/5/05 and 5/6/05 due to the fact that I will be out of the country from 4/26/05 until I return to my office on 5/9/05.

I will be in Europe celebrating my 30th wedding anniversary, which was prepaid in October 2004 and is non-refundable.

Your consideration of this request is greatly appreciated.

Very truly yours,

Stephen D. Jacobs

SDJ/lr