```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
                                        :
MAUREEN ALLEN, ET AL.                   :
                                        :
                                        :
v.                                      :    CIV. NO. 3:02CV1370 (AHN)
                                        :
                                        :
JOHN J. ARMSTRONG, ET AL.               :
                                        :
                                        :
```

## SCHEDULING ORDER

A conference was held on November 1, 2005, to set a schedule for the completion of discovery.

Defendants report that the scanning of documents will begin on Tuesday, November 8, 2005, and will take about a month to complete. Production of the CDs will be made seriatim. Counsel agreed to enter into a written understanding regarding the inadvertent production of privileged documents.

After discussion, and with agreement of the parties, the following schedule was set.

A telephone status conference will be held on **Tuesday, January 31, 2006** at 10:15 AM

Plaintiffs will designate their experts and produce expert reports on or before **Thursday, May 18, 2006.**

A status conference will be held on **Wednesday, May 31, 2006.** The parties may submit an agenda for the conference by letter five (5) days in advance.

Plaintiffs will provide a damages analysis no later than **Monday, June 19, 2006.**

Depositions of plaintiffs' experts will be completed by **Tuesday, July 18, 2006.**

The parties will propound all written discovery by **Thursday, August 10, 2006.**

Defendants will designate their experts and produce expert reports on or before **Monday, September 18, 2006.**

A pre-filing conference will be held on **Wednesday, September 27, 2006 at 10:15 AM**.  The parties may submit a proposed scheduling order for the filing of motions, such as the motion to sever, motion for class certification, and/or dispositive motions, by letter five (5) days in advance of the conference. The Court will set a filing schedule at the conclusion of the conference.

Depositions of defendants' experts will be completed by **Wednesday, October 18, 2006.**

The discovery cut-off date is **Wednesday, October 18, 2006.**

The parties estimate that this case will be trial ready in **February 2007.**

The parties are encouraged to contact the Court to schedule conferences as issues arise or as modification of the deadlines set forth in this order are needed.

SO ORDERED at Bridgeport this 7th day of November 2005.

```
      _____/s/_____
      HOLLY B. FITZSIMMONS
      UNITED STATES MAGISTRATE JUDGE
```