UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAUREEN ALLEN, ET AL., | : | CIVIL NO. 3:02CV1370 |
| *Plaintiffs* | : | (AHN)(HBF) |
| | : | |
| vs. | : | |
| | : | |
| JOHN J. ARMSTRONG, ET AL. | : | |
| *Defendants*. | : | December 19, 2005 |

## MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS AND/OR RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION

Pursuant to Local Rule 7(b), the defendants, through counsel, respectfully request an extension of time to and including January 12, 2006 in which to file objections and an extension to and including February 1, 2006 in which to file responses to plaintiffs' Requests for Admission. In support of their motion, the defendants represent as follows:

1. The plaintiffs served upon the defendants a voluminous, 170-page, 607-paragraph Requests for Admission dated December 1, 2005.

2. The defendants' counsel requires additional time in which to contact the multiple defendants and further to conduct appropriate research in order to properly prepare responses.

3. Pursuant to Local Rule 7(b), the undersigned has contacted plaintiffs' counsel, Antonio Ponvert III and David Rosen, and they have authorized the undersigned to represent that they have NO OBJECTION to this motion.

WHEREFORE, the defendants respectfully request an extension of time to and including January 12, 2006 in which to file their objections and an extension to and including February 1, 2006 in which to file responses to plaintiffs' Requests for Admissions.

        DEFENDANTS,

        JOHN J. ARMSTRONG, ET AL.

BY: _____
      Jane B. Emons
      Assistant Attorney General
      55 Elm Street - P.O. Box 120
      Hartford, CT  06141-0120
      Tel:  (860) 808-5340
      Fax:  (860) 808-5383
      Federal Bar No. Ct. 16515
      Email:  jane.emons@po.state.ct.us

## **CERTIFICATION**

    I hereby certify that a copy of the foregoing was mailed this _____ day of December 2005, first class postage prepaid, to:

Antonio Ponvert III
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT  06604

David M. Rosen, Esq.
Rosen & Dolan, P.C.
400 Orange Street
New Haven, CT  06511

      _____
      Jane B. Emons
      Assistant Attorney General