UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2006 JAN -6  P 12: 12

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| ALLEN, ET AL | : | CIVIL NUMBER |
| | : | 3:02-CV-01370 |
| VS. | : | (AHN) |
| ARMSTRONG, ET AL | : | 4 JANUARY 2006 |

### MOTION TO OPEN DEFAULT

Pursuant to the Federal Rules of Practice the defendant, Neil Kearney hereby requests the default entered against him be opened and set aside. In support of this motion the defendant represents that he just hired Attorney Angelica N. Papastavros to represent him in his individual capacity.

Undersigned counsel contacted attorneys for the plaintiff for their position on this motion. Attorney Ponvert did not have an objection. Attorney Rosen has not returned the call with his position.

Respectfully Submitted,
Neil Kearney,

BY: _____
Angelica N. Papastavros
Law Offices of
Angelica N. Papastavros
129 Church Street, Ste 800
New Haven, CT 06510
203.773.4999
fax 203.773.4998
Federal #ct16935

## CERTIFICATION

This is to certify that a copy of the forgoing appearance has been sent via first class mail postage pre-paid this 4th day of January 2006 to the following parties of record:

Antonio Ponvert, Esq.
350 Fairfield Avenue, 5th floor
Bridgeport, CT  06604

Jane Emmons, Esq.
55 Elm Street
P.O. Box 120
Hartford, CT  06141

Margaret Chapple, Esq.
55 Elm Street
P.O. Box 120
Hartford, CT  06141

Terrance O'Neill
110 Sherman Street
Hartford, CT  06105

David Rosen, Esq.
400 Orange Street
New Haven, CT  06511

_____
Angelica N. Papastavros