FILED

2006 JAN -6 P 12: 12

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


| | | |
|---|---|---|
| ALLEN, ET AL | : | CIVIL NUMBER |
| | : | 3:02-CV-01370 |
| VS. | : | (AHN) |
| | | |
| ARMSTRONG, ET AL | : | 4 JANUARY 2006 |

## APPEARNANCE

To the Clerk of this Court and all parties of record:

        Please enter my appearance as counsel in this case for the defendant,
Neil Kearney.


**Dated:** 4 January 2006

Angelica N. Papastavros
Law Offices of
Angelica N. Papastavros
129 Church Street, STE 800
New Haven, CT  06510
203.773.4999 fax 203.773.4998
Federal Bar # ct16935

## CERTIFICATION

This is to certify that a copy of the forgoing appearance has been sent via first class mail postage pre-paid this 4th day of January 2006 to the following parties of record:

Antonio Ponvert, Esq.
350 Fairfield Avenue, 5th floor
Bridgeport, CT  06604

Jane Emmons, Esq.
55 Elm Street
P.O. Box 120
Hartford, CT  06141

Margaret Chapple, Esq.
55 Elm Street
P.O. Box 120
Hartford, CT  06141

Terrance O'Neill
110 Sherman Street
Hartford, CT  06105

David Rosen, Esq.
400 Orange Street
New Haven, CT  06511

Angelica N. Papastavros