```
             UNITED STATES DISTRICT COURT
               DISTRICT OF CONNECTICUT
                                    :
MAUREEN ALLEN, ET AL.               :
                                    :
                                    :
v.                                  :    CIV. NO. 3:02CV1370 (AHN)
                                    :
                                    :
JOHN J. ARMSTRONG, ET AL.           :
                                    :
                                    :
```

## RULING ON PLAINTIFFS' MOTION TO COMPEL

On January 4, 2006, plaintiffs moved for an order compelling production of the 2002 sexual harassment training videotapes, c.d.s of scanned documents and a schedule for depositions. A discovery conference was held on January 13, 2006. This ruling and order memorializes the parties' agreements as well as the Court's ruling on pending issues.

1.  <u>2002 Sexual Harassment Training</u>

Plaintiffs seek an order compelling a copy of the videotaped August 2002 sexual harassment training sessions held at the Department of Correction. The Court ordered defendants in April 2004, to produce the tapes subject to a protective order. At the conference on January 13, 2006, defendants' counsel informed the Court that the tapes did not exist. On January 13, 2006, plaintiffs' counsel submitted relevant portions of the hearing transcript from March 30, 2004, where defendants' attorney, Assistant Attorney General Terry O'Neill, repeatedly refers to the tapes and states that plaintiffs' counsel may view the tape. Defendants will provide a written explanation by Wednesday,

January 25, 2006.  Plaintiff's Motion to Compel copies of the August 2002 video tape has already been **GRANTED**.  The Court will reserve on plaintiff's Motion for Sanctions until defendants have an opportunity to respond, and plaintiffs decide, based on that response, whether to seek a hearing on the motion.

2.   <u>Production of Scanned Documents</u>

At the conference, defendants' counsel sought time to confer with the company hired to scan the documents and agreed to report to the Court on Tuesday, January 17, 2006, regarding the schedule for producing the c.d.s.  On January 23, 2006, defendants' counsel reported the following.

Defendants will provide a draft agreement addressing inadvertent disclosure to plaintiffs by the close of business on January 23, 2006.

On or before Tuesday, January 31, 2006, defendants will provide the c.d.s of the binders and the documents produced to the CHRO by the DOC during the sexual harassment investigation.

On or before Wednesday, February 15, 2006, defendants will provide the c.d.s of the documents relating to the Affirmative Action and Security Division investigations, along with the CHRO complaints filed by DOC employees.

The last group of documents to be scanned, referred to as the miscellaneous category and described by defendants as a catch-all category, is represented by defendants to be quite voluminous.  As part of this production, defendants will review the scanned documents to determine if they have produced all

documents responsive to plaintiffs' discovery requests. Defendants' counsel will be double checking plaintiffs' requests against defendants' production.  This phase will also include scanning of plaintiffs' document production pursuant to the parties' agreement to have all documents on c.d.  Defendants will provide a date for the completion of this final phase at the telephone conference on January 31, 2006 at 10 AM.  Defendants are encouraged to report any delay to this production schedule in advance of the ordered deadlines.

Accordingly, plaintiffs' Motion to Compel **[Doc. #163]** is **GRANTED** in accordance with this ruling.  The Court reserves on plaintiffs' Motion for Sanctions until defendants have an opportunity to respond to plaintiffs' letter dated January 23, 2006.

3.  Deposition Schedule

The parties will confer on a deposition schedule and report to the Court at the conference on Tuesday, January 31, 2006 at 10 AM.

SO ORDERED at Bridgeport this 24th day of January 2006

____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE