AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF __Connecticut__

MAUREEN ALLEN ET AL

## SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: 02 cv 1370 (AHN)

JOHN J. ARMSTRONG ET AL

TO: (Name and Address of Defendant)

Dennis Dockery, individually and officially
Enfield Correctional Institution

289 Shaker Road

Enfield, CT  06082

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Antonio Ponvert III
Koskoff, Koskoff & Bieder P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Kevin F. Rowe, Clerk
CLERK

_/s/ Tasha Simpson_
BY DEPUTY CLERK

JAN 1 1 2006
DATE



True Copy
ATTEST:
KEVIN F. ROWE
Clerk U.S. District Court
By _/s/ Tasha Simpson_
Deputy Clerk

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 1-11-2006 |
| NAME OF SERVER (PRINT) Charles J. Fisher | TITLE Conn State Marshal |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: ENFIELD CORRECTIONAL INS
289 SHAKER RD ENFIELD, C.T.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 24.20 — copy 160 — | 30.00  2.00 CEWD | 216.60 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-11-06
        Date            Signature of Server

Box 355
Address of Server
Glastonbury, Conn
06033

1) As to who may serve a summons see Rule _ of the Federal Rules of Civil Procedure.