UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAUREEN ALLEN, ET AL., | : | CIVIL NO. 3:02CV1370 (AHN)(HBF) |
| v. | : | |
| JOHN ARMSTRONG, ET AL., | : | JANUARY 25, 2006 |

**OBJECTION TO PLAINTIFFS' MOTION TO COMPEL AND FOR SANCTIONS**

Pursuant to the discussions with the court and counsel at the January 12, 2006 status conference, the defendants file this brief objection to the plaintiffs' motion to compel and for sanctions, addressing that portion of the plaintiffs' memorandum that requests production of a certain videotape. For the reasons discussed below, the plaintiffs' motion should be denied.

**I. Factual Background**

The plaintiff seeks production of a certain videotape that depicts one or more of the named defendants in attendance at a sexual harassment training seminar conducted in August 2002 by a representative of the Permanent Commission on the Status of Women. Recent efforts to locate such a tape are addressed in the attached affidavit of Sarah Fasano-Fernicola, a paralegal employed by the Department of Correction. Neither Ms. Fasano-Fernicola nor relevant offices within the Department of Correction have been able to locate this videotape or confirm that one exists.

In addition to Ms. Fasano-Fernicola's affidavit, attached is the affidavit of Terrence M. O'Neill, one of the defendants' counsel. As reflected in this affidavit, the undersigned has a recollection of viewing a videotape depicting a sexual harassment training session at the Department of Correction. This videotape was among several videotapes relating to sexual

harassment issues that were potentially responsive to the plaintiffs' discovery requests; others included tapes of public hearings conducted by the Labor and Public Employees Committee and by the Connecticut Commission on Human Rights and Opportunities. A recent search of the materials assembled in response to plaintiffs' discovery requests did not locate any videotapes relating to sexual harassment training, and the only videotapes of such training that are reported to exist at the Department of Correction depict individuals who themselves are training to be instructors on sexual harassment issues.

In a further effort to find any videotapes responsive to the plaintiffs' request, Attorney Margaret Chapple contacted Barbara Potopowitz, the public relations director for the Permanent Commission on the Status of Women and the individual who provided sexual harassment training for Department of Correction employees in the summer of 2002. Ms. Potopowitz reported to Attorney Chapple that she has no recollection of her sessions being videotaped.

At this time, neither the defendants nor their counsel can represent with absolute certainty whether any tapes responsive to the plaintiffs' request exist. All that can be reported at this time is that (a) the undersigned has a recollection of viewing a videotape of a sexual harassment training session at the Department of Correction, (b) this tape cannot be located at this time, and (c) the defendants and their counsel will continue to search for any such videotapes as they continue to assemble materials as part of their defense of this case.

        DEFENDANTS:
        JOHN ARMSTRONG, ET AL.


        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY:      /s/
        Terrence M. O'Neill
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar #ct10835
        E-Mail:  terrence.oneill@po.state.ct.us
        Tel: (860) 808-5450
        Fax: (860) 808-5591

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 25th day of January, 2006:

Antonio Ponvert III
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

David Rosen
Rosen & Dolan, P.C.
400 Orange Street
New Haven, CT 06511

_____/s/_____
Terrence M. O'Neill
Assistant Attorney General