UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAUREEN ALLEN, ET AL. | : | CIVIL NO. 3:02CV1370(AVC) |
| v. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL. | : | January 11, 2006 |

### AFFIDAVIT OF SARAH L. FERNICOLA

I, SARAH L. FERNICOLA, being duly sworn, hereby depose and say that:

1. I am above 18 years of age, understand and believe in the obligation of an oath.

2. I have been employed by the State of Connecticut, Department of Correction since April 7, 1997.

3. I am currently employed by the Department of Correction (DOC) for the State of Connecticut as a Leadership Apprentice.

3. Upon receiving a request from Assistant Attorney General Terrence O'Neill with regard to any and all videotapes from the training of agency employees on sexual harassment, I sent requests out to Linda Rubin, Curriculm Specialist for the Maloney Center for Training and Staff Development; Robert Jackson, Director of the Equal Opportunity Assurance; Tracey Butler, Assistant Personnel Director, as well as Andrius Banevicius, Media Production Technician seeking said videotapes.

4. I have been notified that these videotapes do not exist.

I have read the foregoing and it is all true to the best of my knowledge and belief.

*Sarah L. Fernicola*
Sarah L. Fernicola

Subscribed and sworn to before me this 17th day of January, 2006.

*[signature]*
Notary/Commissioner of the
Superior Court

- 2 -