UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAUREEN ALLEN, ET AL., | : | CIVIL NO. 3:02CV1370 (AHN)(HBF) |
| v. | : | |
| JOHN ARMSTRONG, ET AL., | : | JANUARY 25, 2006 |

**AFFIDAVIT OF TERRENCE M. O'NEILL**

I, Terrence M. O'Neill, having been duly sworn, do hereby depose and say that:

1. I am over the age of eighteen. I understand and believe in the obligations of an oath.

2. I am an Assistant Attorney General, employed by the Office of the Attorney General, and am an attorney representing many of the defendants in the above-referenced matter. As such, I have personal knowledge of the facts that are set forth in this affidavit.

3. As part of my work in responding to the plaintiffs' interrogatories and requests for production of documents served on the defendants in this case, I recall viewing a videotape depicting a sexual harassment training session at the Department of Correction. This videotape was among several videotapes relating to sexual harassment issues that I felt were potentially responsive to the plaintiffs' discovery requests. In particular, at the same time I was working on responding to plaintiffs' discovery requests I also recall reviewing videotapes of public hearings conducted by the Labor and Public Employees Committee and by the Connecticut Commission on Human Rights and Opportunities. A recent search of the materials assembled in response to plaintiffs' discovery requests did not locate any videotapes relating to sexual harassment training, and the only videotapes of such training that are reported to exist at the Department of

Correction depict individuals who themselves are training to be instructors on sexual harassment issues.

4. In a further effort to find any videotapes responsive to the plaintiffs' request, I spoke with Barbara Potopowitz, the public relations director for the Permanent Commission on the Status of Women and the individual who provided sexual harassment training for Department of Correction employees in the summer of 2002. Ms. Potopowitz reported to me that she is certain that her training sessions for upper management at the Department of Correction, conducted in the summer of 2002, were not videotaped. Ms. Potopowitz recalls one session where television and print media attended and filmed a class as it was about to start, but that the media were asked to leave once the class actually started. Video from the media's appearance at this session was broadcast on local television, and it showed Ms. Potopowitz and other attendees in the classroom. Ms. Potopowitz also recounted her recollection of these events to Assistant Attorney General Margaret Chapple.

5. In response to more recent efforts on the part of plaintiffs' counsel to locate any videotapes that are responsive to their request, I contacted Sarah Fasano-Fernicola, a paralegal employed by the Connecticut Department of Correction. Her more recent efforts to locate such a tape are addressed in a separate affidavit. Neither Ms. Fasano-Fernicola nor relevant offices within the Department of Correction have been able to locate this videotape or confirm that one exists.

6. At this time, I cannot represent with absolute certainty whether any tapes responsive to the plaintiffs' request exist. I do represent that the defendants and their counsel will continue to search for any such videotapes as they continue to assemble materials as part of their defense of this case.

_____
Terrence M. O'Neill

Subscribed and sworn to before me this 25th day of January, 2006.

_____
Commissioner of the Superior Court