UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2006 JAN 27 P 12: 09

| | |
|---|---|
| MAUREEN ALLEN, ET AL. *Plaintiffs* | CIVIL NO. 3:02-1370 ~~3:05CV1970~~ (AHN) (HBF) |
| v. | |
| DEPARTMENT OF CORRECTION, ET AL. *Defendants* | JANUARY 26, 2006 |

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance, **in addition to** Jane Emons, Assistant Attorney General, as attorney for the defendant, State of Connecticut Department of Correction.

Dated at Hartford, Connecticut this 26th day of January, 2006.

DEFENDANT, DEPT. OF CORRECTION

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
David C. Nelson
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax.: (860) 808-5383
Email: DavidC.Nelson@po.state.ct.us
Federal Bar No. ct25640

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 26th day of January, 2006, to the following:

Antonio Ponvert, III, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue, 5th Fl.
Bridgeport, CT 06004
Tel: (203) 366-4421
Fax: (203) 368-3244

David N. Rosen, Counselor at Law, P.C.
400 Orange Street
New Haven, CT 06511
Tel: (203) 787-3513
Fax: (203) 789-1605

Angelica N. Papastavros
Law Offices of Angelica N. Papastavros
129 Church Street, Suite 507
New Haven, CT 06510
Tel: (203) 773-4999

David C. Nelson
Federal Bar No. ct25640
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
E-mail: DavidC.Nelson@po.state.ct.us