UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAUREEN ALLEN, ET AL., | : | CIVIL NO. 3:02CV1370 |
|    *Plaintiffs* | : | (AHN)(HBF) |
| | : | |
| vs. | : | |
| | : | |
| JOHN J. ARMSTRONG, ET AL. | : | |
|    *Defendants*. | : | January 27, 2006 |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION**

Pursuant to Local Rule 7(b), the defendants, through counsel, respectfully request an extension of time to and including March 3, 2006 in which to file their responses to plaintiffs' Requests for Admission. In support of their motion, the defendants represent as follows:

1.  The plaintiffs served upon the defendants a voluminous, 170-page, 607-paragraph Requests for Admission dated December 1, 2005.

2.  The defendants, through counsel, requested an extension of time on or about December 19, 2005 (Doc. # 159) to file their objections to and including January 12, 2006 and an extension of time to file their responses to February 1, 2006.

3.  The defendants' motion was granted by the Court on January 6, 2006 (Doc. # 160, (Fitzsimmons, M.J.).

4.  The defendants, in accordance with their request, filed their objections to the Requests for Admission on January 12, 2006.

5.  The plaintiffs' Request for Admissions, as noted in paragraph 1 above, is voluminous. The defendants have enlisted the help of several additional Assistant Attorneys

General, including some from other departments within the Office of the Attorney General, to assist with this discovery.

      6.      The additional Assistant Attorneys General require additional time in which to become acquainted with the case.

      7.      Pursuant to Local Rule 7(b), the undersigned contacted Antonio Ponvert III, counsel for the plaintiff, who takes no position regarding this motion. He, however, represented to the undersigned that he is representing to the Court that this should be the final extension of time granted.

      8.      The defendants do not anticipate any further extensions will be required.

      9.      The plaintiffs will not be prejudiced by this delay.

      10.      This is the defendants' second request for an extension of time to file their responses.

      11.      The granting of this motion would not necessitate modification of the other deadlines in this instant action.

WHEREFORE, the defendants respectfully request an extension of time of thirty (30) days to and including March 3, 2006 in which to file their responses to Plaintiffs' Requests for Admission.

                DEFENDANTS,

                JOHN J. ARMSTRONG, ET AL.

    BY: _____
       Margaret Q. Chapple
       Assistant Attorney General
       55 Elm Street - P.O. Box 120
       Hartford, CT  06141-0120
       Tel:  (860) 808-5340
       Fax:  (860) 808-5383
       Federal Bar No. ct05550
       Email:  Margaret.Chapple@po.state.ct.us

## **CERTIFICATION**

  I hereby certify that a copy of the foregoing was mailed this \_\_\_ day of January, 2006 first class postage prepaid, to:

Antonio Ponvert III
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT  06604

David M. Rosen, Esq.
Rosen & Dolan, P.C.
400 Orange Street
New Haven, CT 06511

               _____
               Margaret Q. Chapple
               Assistant Attorney General