UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MAUREEN ALLEN, ET AL.         :
                              :
v.                            :   CIV. NO. 3:02CV1370 (AHN)
                              :
JOHN J. ARMSTRONG, ET AL.     :

## AMENDED SCHEDULING ORDER RE: SCANNED DOCUMENT PRODUCTION

A discovery conference was held on January 31, 2006. This ruling and order memorializes the parties' agreements as well as the Court's ruling on pending issues.

At the conference, defendants' counsel updated the progress of the scanning and electronic production of documents.

On or before Friday, February 3, 2006, defendants will provide the c.d.s of the binders and the documents produced to the CHRO by the DOC during the sexual harassment investigation.

On or before Wednesday, February 15, 2006, defendants will provide the c.d.s of the documents relating to the Affirmative Action and Security Division investigations, along with the CHRO complaints filed by DOC employees.

The last group of documents to be scanned, referred to as the miscellaneous category and described by defendants as a "catch-all" category, will be produced on or before Tuesday, February 28, 2006.  Defendants are encouraged to report any delay to this production schedule in advance of the ordered deadlines, and to produce the c.d.s as they become available.

<u>Deposition Schedule</u>

Depositions will commence in March. The Court requests that the parties confer and schedule depositions premised on the completion of document production on February 28, 2006, so that there is no lag after the final production of documents and the start of depositions.

The parties are encouraged to contact the Court as issues arise.

SO ORDERED at Bridgeport this 31st day of January 2006.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE