UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAUREEN ALLEN, ET AL. | : | CIVIL ACTION NO:3:02CV1370(AHN/HBF) |
|    Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| JOHN J. ARMSTRONG, ET AL. | : | |
|    Defendants | : | JANUARY 26, 2006 |

## **APPEARANCE**

TO THE CLERK:

Please enter my appearance as Attorney for the Defendant, Dennis Dockery, in his individual capacity in the above-entitled case.

Dated at Manchester, Connecticut this 26th day of January, 2006.

                                      DEFENDANT DENNIS DOCKERY,

                                      By
                                        Kathleen Eldergill
                                        Federal Bar No. ct00024
                                        Beck & Eldergill, P.C.
                                        447 Center Street
                                        Manchester, CT 06040
                                        Tel:  (860) 646-5606

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this ___ day of January, 2006 to:

Margaret Q. Chapple
Jane B. Emons
Assistant Attorneys General
55 Elm Street
P.O. Box 120
Hartford, CT   06141-0120

Terrance M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT   06105

Antonio Ponvert, III
Richard A. Bieder
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue, 5th Floor
Bridgeport, CT   06604

Angelica N. Papastavros
Law Offices of Angelica N. Papastavros
129 Church Street, Suite 507
New Haven, CT   06510

Stephen D. Jacobs
Jacobs & Jacobs
71 Catlin Street
P.O. Box 193
Meriden, CT   06450

                                                             Kathleen Eldergill

Dockery\Pleadings\Appear01-06pld.wpdf:\kew