UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAUREEN ALLEN, ET AL.<br>　　Plaintiffs | : | CIVIL ACTION NO:3:02CV1370(AHN/HBF) |
| | : | |
| VS. | : | |
| | : | |
| JOHN J. ARMSTRONG, ET AL.<br>　　Defendants | : | JANUARY 30, 2006 |

## MOTION TO DISMISS

Pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, the Defendant, Dennis Dockery, hereby moves this Court to enter an Order dismissing the Complaint against him based on insufficiency of service of process.

In support of this Motion, Defendant submits an Affidavit and a Memorandum of Law filed herewith.

　　　　　　　　　　　　DEFENDANT DENNIS DOCKERY,

　　　　　　　　　　　　By:
　　　　　　　　　　　　　Kathleen Eldergill
　　　　　　　　　　　　　Federal Bar No. ct00024
　　　　　　　　　　　　　Beck & Eldergill, P.C.
　　　　　　　　　　　　　447 Center Street
　　　　　　　　　　　　　Manchester, CT 06040
　　　　　　　　　　　　　Tel: (860) 646-5606

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 30th day of January, 2006 to:

Margaret Q. Chapple
Jane B. Emons
Assistant Attorneys General
55 Elm Street
P.O. Box 120
Hartford, CT   06141-0120

Terrance M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT   06105

Antonio Ponvert, III
Richard A. Bieder
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue, 5th Floor
Bridgeport, CT   06604

Angelica N. Papastavros
Law Offices of Angelica N. Papastavros
129 Church Street, Suite 507
New Haven, CT   06510

Stephen D. Jacobs
Jacobs & Jacobs
71 Catlin Street
P.O. Box 193
Meriden, CT   06450

Kathleen Eldergill

Dockery\Pleadings\MotDis01-06pld.wpd