UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAUREEN ALLEN, ET AL.<br>   Plaintiffs | : | CIVIL ACTION NO:3:02CV1370(AHN/HBF) |
| VS. | : | |
| JOHN J. ARMSTRONG, ET AL.<br>   Defendants | : | JANUARY 30, 2006 |

**MEMORANDUM OF LAW IN
SUPPORT OF MOTION TO DISMISS**

**FACTS**

This Court can take judicial notice of the following facts: This case was initially filed August 8, 2002. On January 23, 2003, an amended complaint was filed, naming Dennis Dockery as a party defendant, individually and in his official capacity. Sometime thereafter, Assistant Attorney General Jane B. Emons entered an appearance on behalf of Dennis Dockery in his official capacity only. Until the appearance of the undersigned was filed herewith, no one had appeared on behalf of Mr. Dockery in his individual capacity in this matter.

On January 11, 2006, Mr. Dockery was served, for the first time, with a copy of the Third Amended Complaint, which had been filed on July 3, 2003. Mr. Dockery had never before been served with process in this case. (See Affidavit of Dennis Dockery, filed herewith.)

**ARGUMENT**

"A motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(5) must be granted if the plaintiff fails to serve a copy of the summons and complaint on the defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure." *Cole v. Aetna Life & Cas.*, 70 F.Supp.2d 106, 109 -110 (D.Conn.1999). Where, as here, Plaintiffs seek to sue a government official in his or her individual capacity, as opposed to official capacity, Rule 4 requires that the Defendant be personally served. Service made upon the Attorney General does not satisfy this requirement of personal service. *Banerjee v. Roberts,* 641 F.Supp. 1093, 1099 (D.Conn.,1986). Absent a waiver, Rule 4 mandates that an individual Defendant be served with the summons and complaint personally, or in accordance with one of several prescribed alternatives. *Martin v. New York State Dept. of Mental Hygiene,* 588 F.2d 371, 372 -373 (2d Cir.1978). Under Rule 4(m) of the Federal Rules of Civil Procedure, service of a summons and complaint must be made upon a defendant within 120 days after the filing of the complaint.

"Once validity of service has been challenged, it becomes the plaintiff's burden to prove that service of process was adequate. *See Three Crown Ltd. Partnership v. Caxton Corp.,* 817 F.Supp. 1033 (S.D.N.Y.1993); *Lee v. Carlson,* 645 F.Supp. 1430, 1432 (S.D.N.Y.1986)." *Cole v. Aetna Life & Cas.*, 70 F.Supp.2d 106, 109 -110 (D.Conn.1999).

Here, Plaintiffs cannot demonstrate that Dennis Dockery was served in accordance with the rules. It is undisputed that the Complaint naming him as a defendant was filed January 23, 2003, and that he was not personally served until January 11, 2006. In the meantime, no one entered an appearance on his behalf to protect his interests in this case. He has no knowledge as to any issues which have been decided by this Court in the interim, or whether or not any orders have been issued which have prejudiced his position in this case

### **CONCLUSION**

For the foregoing reasons, the Complaint filed against Dennis Dockery in his individual capacity must be dismissed.

DEFENDANT DENNIS DOCKERY,

By:
   Kathleen Eldergill
   Federal Bar No. ct00024
   Beck & Eldergill, P.C.
   447 Center Street
   Manchester, CT 06040
   Tel: (860) 646-5606

**CERTIFICATION OF SERVICE**

      I hereby certify that a copy of the foregoing was mailed on this 30th day of January, 2006 to:

| | |
|---|---|
| Margaret Q. Chapple<br>Jane B. Emons<br>Assistant Attorneys General<br>55 Elm Street<br>P.O. Box 120<br>Hartford, CT  06141-0120 | Terrance M. O'Neill<br>Assistant Attorney General<br>110 Sherman Street<br>Hartford, CT  06105 |
| Antonio Ponvert, III<br>Richard A. Bieder<br>Koskoff, Koskoff & Bieder, P.C.<br>350 Fairfield Avenue, 5th Floor<br>Bridgeport, CT  06604 | Angelica N. Papastavros<br>Law Offices of Angelica N. Papastavros<br>129 Church Street, Suite 507<br>New Haven, CT  06510 |
| Stephen D. Jacobs<br>Jacobs & Jacobs<br>71 Catlin Street<br>P.O. Box 193<br>Meriden, CT  06450 | |

                                                    Kathleen Eldergill

Dockery\Pleadings\MemoDis01-06pld.wpd