**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MAUREEN ALLEN, ET AL. | : | CIVIL ACTION NO:3:02CV1370(AHN/HBF) |
|    Plaintiffs | : | |
| | : | |
| VS. | : | |
| | : | |
| JOHN J. ARMSTRONG, ET AL. | : | |
|    Defendants | : | JANUARY 27, 2006 |
| | : | |

## **AFFIDAVIT**

I, Dennis Dockery, being duly sworn hereby depose and say:

1. I am over the age of eighteen (18) and believe in an obligation of an oath.

2. I am named as a defendant in this lawsuit.

3. On January 11, 2006, I was served with a copy of the Complaint filed in this case.

4. Prior to that date, I had never been served with a copy of the Complaint, nor had I received a copy of the Complaint in this case.

5. At no time have I been asked to sign a Waiver of Service of a Summons and Complaint in this case, nor did I execute such a Waiver.

6. I have read the forgoing and it is truthful and accurate to the best of my knowledge and belief.

                                                                   _____
                                                                   Dennis Dockery

STATE OF CONNECTICUT)
                             ) ss. Manchester                      January 27, 2006
COUNTY OF HARTFORD   )

    Subscribed and sworn to before me this 27th day of Januaryt, 2006.


                                                  _____
                                                  Joan M. Johnson
                                                  Notary Public
                                                  My Commission Expires: 7/31/2006

                                                  DEFENDANT DENNIS DOCKERY,


                                                By:
                                                    Kathleen Eldergill
                                                    Federal Bar No. ct00024
                                                  Beck & Eldergill, P.C.
                                                  447 Center Street
                                                Manchester, CT 06040
                                                Tel:  (860) 646-5606

## **CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing was mailed on this 30th day of January, 2006 to:

Margaret Q. Chapple
Jane B. Emons
Assistant Attorneys General
55 Elm Street
P.O. Box 120
Hartford, CT   06141-0120

Antonio Ponvert, III
Richard A. Bieder
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue, 5th Floor
Bridgeport, CT   06604

Stephen D. Jacobs
Jacobs & Jacobs
71 Catlin Street
P.O. Box 193
Meriden, CT   06450

Terrance M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT   06105

Angelica N. Papastavros
Law Offices of Angelica N. Papastavros
129 Church Street, Suite 507
New Haven, CT   06510

Kathleen Eldergill

Dockery\Pleadings\AffDockery01-06pld.wpd