UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAUREEN ALLEN, ET AL. | : | CIVIL NO. 3:05CV1370 |
| *Plaintiffs* | : | (AHN) (HBF) |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPT. OF CORRECTION, ET AL | | |
| *Defendants* | : | FEBRUARY 3, 2006 |

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance, in addition to Jane Emons, Assistant Attorney General, as attorney for the defendant, State of Connecticut, Department of Correction, Duane Kelley, James Murdoch, George Wezner, Carl Jordan, Don Kruk and John Armstrong in their individual and official capacities.

Dated at Hartford, Connecticut this 3rd day of February, 2006.

                        DEFENDANT
                        DEPARTMENT OF CORRECTION

                        RICHARD BLUMENTHAL
                        ATTORNEY GENERAL

By: _____
      Beth Z. Margulies
      Assistant Attorney General
      55 Elm Street, P.O. Box 120
      Hartford, CT  06141-0120
      Tel:  (860) 808-5340
      Fax: (860) 808-5383
      Email:  Beth.Margulies@po.state.ct.us
      Federal Bar No. ct08469

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 3rd of February, 2006, to the following:

Antonio Ponvert, III, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue, 5th Fl.
Bridgeport, CT 06004
Tel:  (203) 366-4421
Fax:  (203) 368-3244

David N. Rosen, Counselor at Law, P.C.
400 Orange Street
New Haven, CT 06511
Tel:  (203) 787-3513
Fax:  (203) 789-1605

Angelica N. Papastavros, Esq.
Law Offices of Angelica N. Papastavros
129 Church Street, Suite 507
New Haven, CT 06510
Tel:  (203) 773-4999

Steven Jacobs, Esq.
Jacobs and Jacobs
71 Catlin Street
Meriden, CT 06450

Kathleen Eldergill, Esq.
447 Center Street
Manchester, CT 06040

_____
Beth Z. Margulies
Assistant Attorney General