UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MAUREEN ALLEN, ET AL.<br>　　　Plaintiffs | CIVIL ACTION NO:3:02CV1370(AHN/HBF) |
| VS. | |
| JOHN J. ARMSTRONG, ET AL.<br>　　　Defendants | MAY 12, 2006 |

## MOTION FOR JUDGMENT

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Defendant Dennis Dockery hereby moves that this Court enter final judgment in his favor.

In support of this motion, Defendant Dockery states:

1) On February 7, 2006, Defendant Dockery filed a motion to dismiss.

2) Said motion was granted on March 29, 2006 by this Court.

3) Based on this decision, no remaining claims are asserted against Dennis Dockery in this action.

4) The interests of justice favor entry of a final judgment in favor of the Defendant Dockery, as this is no just reason for delay in this case.

WHEREFORE, Defendant Dockery moves this Court to enter a judgment in his favor.

DEFENDANT,
DENNIS DOCKERY

By _____
Kathleen Eldergill
Federal Bar No. ct00024
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT 06040
(860) 646-5606

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 12th day of May, 2006 to:

Beth Z. Margulies
Margaret Q. Chapple
Jane B. Emons
Assistant Attorneys General
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120

Antonio Ponvert, III
Richard A. Bieder
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue, 5th Floor
Bridgeport, CT  06604

Stephen D. Jacobs
Jacobs & Jacobs
71 Catlin Street
P.O. Box 193
Meriden, CT  06450

Terrance M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105

Angelica N. Papastavros
Law Offices of Angelica N. Papastavros
129 Church Street, Suite 507
New Haven, CT  06510

_____
Kathleen Eldergill

Dockery\Pleadings\MoWith05-06pld.wpd

2