UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAUREEN ALLEN, ET AL | : | CIVIL NO. 3:02CV1370 (AHN) |
| v. | : | |
| JOHN J. ARMSTRONG, ET AL | : | MAY 17, 2006 |

**PLAINTIFFS' OPPOSITION TO
<u>DENNIS DOCKERY'S MOTION FOR JUDGMENT</u>**

Defendant Dennis Dockery was sued in both his individual and official capacities. The Office of the Attorney General entered an appearance for him in his official capacity. They have not moved to dismiss him in that capacity. The Court's March 29, 2006 order granting the motion to dismiss pertained only to Mr. Dockery in his individual capacity.

If the Court enters judgment for Mr. Dockery, it should do so in only his individual capacity.

                                              Respectfully submitted,
                                              THE PLAINTIFF

                                              By_____
                                                 Antonio Ponvert III, Esquire (ct 17516)
                                                 Koskoff, Koskoff & Bieder, P.C.
                                                 350 Fairfield Avenue, 5th Floor
                                                 Bridgeport, CT  06604
                                                 Tel. (203) 336-4421
                                                 Juris No. 32250

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this      day of May, 2006, to all counsel and pro se of record:

Terrence M. O'Neill  
Assistant Attorney General  
110 Sherman Street  
Hartford, CT  06105

Angelica N. Papastavros  
129 Church Street Suite 507  
New Haven, CT  06510

Kathleen Eldergill  
Beck & Eldergill  
447 Center Street  
Manchester, CT  06040

Peggy Chapple  
Jane Emons  
Assistant Attorney General  
55 Elm Street  
Hartford, CT  06141

Stephen Jacobs  
Jacobs and Jacobs  
71 Catlin Street  
Meriden, CT  06450

David Rosen  
400 Orange Street  
New Haven, CT  06511

_____  
Antonio Ponvert III

2