UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MAUREEN ALLEN, ET AL.<br>    Plaintiffs | CIVIL ACTION NO:3:02CV1370(AHN/HBF) |
| VS. | |
| JOHN J. ARMSTRONG, ET AL.<br>    Defendants | MAY 23, 2006 |

### SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR JUDGMENT

In response to Plaintiff's Opposition to Dennis Dockery's Motion for Judgment dated May 17, 2006, the undersigned clarifies that Defendant Dennis Dockery's motion for judgment seeks judgment only on behalf of Dennis Dockery in his individual capacity.

                                      DEFENDANT DENNIS DOCKERY,
                                      In his individual capacity

                                      By:_____
                                      Kathleen Eldergill
                                      Federal Bar No. ct00024
                                      Beck & Eldergill, P.C.
                                      447 Center Street
                                      Manchester, CT 06040
                                      Tel: (860) 646-5606

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 23nd day of May, 2006 to:

Margaret Q. Chapple
Jane B. Emons
Assistant Attorneys General
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120

Terrance M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105

Antonio Ponvert, III
Richard A. Bieder
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue, 5th Floor
Bridgeport, CT  06604

Angelica N. Papastavros
Law Offices of Angelica N. Papastavros
129 Church Street, Suite 507
New Haven, CT  06510

Stephen D. Jacobs
Jacobs & Jacobs
71 Catlin Street
P.O. Box 193
Meriden, CT  06450

Kathleen Eldergill

Dockery\Pleadings\SuppMemoJdg05-06pld.wpd