### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| MAUREEN ALLEN, ET AL.<br>    Plaintiffs   : | CIVIL ACTION NO:3:02CV1370(AHN/HBF) |
| VS.   : | |
| JOHN J. ARMSTRONG, ET AL.<br>    Defendants   : | JUNE 6, 2006 |

### MOTION FOR PERMISSION TO WITHDRAW AS COUNSEL

The undersigned counsel, Kathleen Eldergill hereby moves that permission be granted for her to withdraw as counsel for the Defendant Dennis Dockery, in his individual capacity. In support of this request, undersigned represents as follows:

1.     The complaint was filed on August 8, 2002 and the undersigned was retained and appeared for the Defendant Dockery in his individual capacity on January 26, 2006.

2.     On May 12, 2006 the undersigned filed a motion for judgment asserting that there existed no claims remaining against Defendant Dockery. [document #181]. The court granted the motion and awarded judgment in favor of Defendant Dockery in his individual capacity on June 2, 2006. [document #184]

3.     Although the undersigned has no reason to participate further in this matter, she will continue to receive electronic delivery of pleadings filed and appears as counsel of record in this case.

WHEREFORE, undersigned counsel respectfully requests that the court grant this motion to withdraw appearance.

DEFENDANT DENNIS DOCKERY

By_____
Kathleen Eldergill
Federal Bar No. ct00024
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT 06040
Tel: (860) 646-5606

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 6ᵀᴴ day of June, 2006 to:

Beth Z. Margulies
Margaret Q. Chapple
Jane B. Emons
Assistant Attorneys General
55 Elm Street
P.O. Box 120
Hartford, CT   06141-0120

Antonio Ponvert, III
Richard A. Bieder
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue, 5th Floor
Bridgeport, CT   06604

Terrance M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT   06105

Angelica N. Papastavros
Law Offices of Angelica N. Papastavros
129 Church Street, Suite 507
New Haven, CT   06510

Stephen D. Jacobs
Jacobs & Jacobs
71 Catlin Street
P.O. Box 193
Meriden, CT  06450

and on that same date to the Defendant Dennis Dockery via certified mail, return receipt requested.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Kathleen Eldergill

Dockery\Pleadings\MoWith06-06pld.wpd