UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAUREEN ALLEN, ET AL | : | CIVIL NO. 3:02CV1370 (AHN) |
| v. | : | |
| JOHN J. ARMSTRONG, ET AL | : | September 5, 2006 |

### JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9(b), all parties move the Court for an extension of all dates in the current Scheduling Order (see proposed revised scheduling order attached). The additional time is necessary in order to conduct discovery.

Counsel for all parties concur in this request.

Respectfully submitted,

THE PLAINTIFFS

By: _____
David N. Rosen
400 Orange Street
New Haven, Connecticut 06511
(203) 787-3513
CT00196
E-mail: drosen@davidrosenlaw.com

1

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 5th day of September, 2006, to all counsel of record:

Margaret Chapple
Jane Emons
Assistant Attorney General
55 Elm Street
Hartford, CT 06141
(also by email)

Terrence M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
(also by email)

Angelica N. Papastavros
129 Church Street Suite 507
New Haven, CT 06510

Stephen Jacobs
Jacobs and Jacobs
71 Catlin Street
Meriden, CT 06450

Kathleen Eldergill
Beck & Eldergill
447 Center Street
Manchester, CT 06040

Officer Frank Buskey
New Haven C.I.
245 Whalley Avenue
New Haven, CT  06530

_____
David N. Rosen

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAUREEN ALLEN, ET AL | : | CIVIL NO. 3:02CV1370 (AHN) |
| v. | : | |
| JOHN J. ARMSTRONG, ET AL | : | September 5, 2006 |

### PROPOSED SCHEDULING ORDER

The parties in the above-referenced civil action hereby propose the following scheduling order:

1. The parties request that the Court schedule a status conference, for the purpose of discussing, among other things, the timing of the plaintiffs' filing of a motion for class certification.

2. Plaintiffs will designate their experts and produce expert reports on or before **February 19, 2007.**

3. A status conference will be held on **February 28, 2007**.

4. Plaintiffs will provide a damages analysis no later than **March 19, 2007**.

5. Depositions of plaintiffs' experts will be completed by **April 18, 2007.**

6. The parties will propound all written discovery by **May 10, 2007.**

7. Defendants will designate their experts and produce expert reports on or before **June 18, 2007.**

8. A pre-filing conference will be held on **June 27, 2007 at 10:15 a.m.**

1

9. Depositions of defendants' experts will be completed by August **18, 2007**.

10. All discovery will be completed by September 1, 2007

10. Dispositive motions will be filed on or before **October 31, 2007**.

11. The Joint Trial Memorandum required by the standing order on trial memoranda in civil cases will be filed by **October 31, 2007**, if no dispositive motions are filed, or 60 days after the court's ruling on dispositive motions.

12. The case will be ready for trial by 60 days after the filing of the Joint Trial Memorandum.