UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAUREEN ALLEN, ET AL., | : | CIVIL ACTION NO. |
| *Plaintiffs* | : | 3:02CV1370(WIG)) |
| | : | |
| v. | : | |
| | : | |
| JOHN J. ARMSTRONG, ET AL., | : | |
| *Defendants* | : | June 12, 2009 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the plaintiffs and the defendants hereby stipulate to a dismissal with prejudice of the above-captioned matter without any award of attorney's fees or costs to any party.

PLAINTIFFS
MAUREEN ALLEN, ET AL.

Signed this 12th day of June, 2009    BY: _____
Antonio Ponvert III
Fed Bar No. ct17516
Koskoff, Koskoff & Bieder P.C.
350 Fairfield Avenue
Bridgeport, CT  06604
Tel: 203-336-4421
Fax: 203-368-3244
E-mail: aponvert@koskoff.com

PLAINTIFF
JANE DOE ONE

Signed this 16 day of June, 2009     BY: _____
David N. Rosen
Fed Bar No. ct00196
David Rosen & Associates, P.C.
400 Orange Street
New Haven, CT 06511
Tel: 203-787-3513
Fax: 203-789-1605
E:mail: drosen@davidrosenlaw.com

DEFENDANTS
JOHN J. ARMSTRONG, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Signed this 24th day of June, 2009     BY: _____
Margaret Q. Chapple
Assistant Attorney General
Federal Bar No. ct05550
55 Elm Street - P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax: (860) 808-3583
E-mail: margaret.chapple@po.state.ct.us